(Name) Andre Ledon Booker

(Address) P.O. Box, 290066

(City, State, Zip) Sacramento, Ca 95671

(CDC Inmate No.) F 30521

FILED

AUG 22 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254    1983
FILING FEE PAID
Yes         No
IFP MOTION FILED
Yes         No
COPIES SENT TO
Court 1   Prose

# United States District Court
## Southern District of California

Andre Ledon Booker,
(Enter full name of plaintiff in this action.)

             Plaintiff,

   v.

Gina Lynn Kershaw,
(Enter full name of each defendant in this action.)

             Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

'08 CV 1565 W WMC

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff,

Andre Booker , who presently resides at (print Plaintiff's name)

CSP - Sacramento P.O. Box, 290066 (mailing address or place of confinement)

Represa, Ca 95671 , were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at

CSP - Sacramento

Represa, Ca 95671 on (dates)             ,             , and
(institution/place where violation occurred)          (Count 1)     (Count 2)     (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form     Gina Lynn Kershaw            ::ODMA\PCDOCS\WORDPERFECT\22834\1
(Rev. 5/98)



Defendant Gina Lynn Kershaw resides in San Bernadino,
(name)                                      (County of residence)
and is employed as a Attorney Of Law . This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

Defendant                                    resides in
(name)                                      (County of residence)
and is employed as a                         . This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

Defendant                                    resides in
(name)                                      (County of residence)
and is employed as a                         . This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

Defendant                                    resides in
(name)                                      (County of residence)
and is employed as a                         . This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>:  The following civil right has been violated:

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:  [Include all facts you consider important to Count 1.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

See Attached Pages 1-29
And Exhibits I-VI.

<u>Count 2</u>:  The following civil right has been violated:  _____

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

See Attached
Pages 1-29 and
Exhibits I - VI

<u>Count 3</u>:  The following civil right has been violated:

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts:</u>  [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____

(d)  Issues raised:

_____

_____

_____

_____

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.

2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

See exhibits VII — XXXXVII.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): from destroying and from withholding the discovery material developed by defense investigator Steve Dremel, the San Bernadino Sheriffs and their detective agency and that which is in the case file of FVI023321!

2. Damages in the sum of $ 60,000,000.

3. Punitive damages in the sum of $ 60,000,000.

4. Other:


**F. Demand for Jury Trial**

Plaintiff demands a trial by ☑ Jury ☐ Court.  (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases.  Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Date

_____
Signature of Plaintiff

Attachment

**Claim:** Counsel violated the first and the sixth amendments of the United States Constitution. When counsel failed to turn over client file to client after trial.

Plaintiff Andre Ledon Booker, state that defendant attorney Gina Lynn Kershaw, is denying plaintiff his first and sixth amendment Rights. To competent Representation and to access the Courts. In that defendant is depriving plaintiff the discovery material used in the investigation, the defense and the prosecution of plaintiff in Superior Court Case number Fv1023321.

Discovery material such as but not limited to. The names and the Contact information of Witnesses, the Statements of Witnesses, Attorney-witness interview Reports, defense investigative Reports, finger print analysis Reports, photo six packs, exhibits, Search Warrants, Wire tap Warrants, Witness list, all Recordings, Sheriff dispatchers Recordings and all other investigative material. Which was discovered and used by defense Counsel and the deputy district attorney David Foy, in the

(1.)

1  afore-mentioned Case.

2      Plaintiff State that the Client

3  file defendant held and still possess

4  in Case number Fv1023321. Contain

5  the herein mentioned material and

6  other Relevant material. Which would

7  afford plaintiff the Right and oppor-

8  tunity to have an independent investigation

9  Conducted. That plaintiff could then exercise

10  his first, sixth and fourteenth amendment

11  Rights during the appellate process.

12      Furthermore defendants failure to Make

13  available plaintiffs Client file, after Re-

14  peated Request. Violates plaintiffs first,

15  Sixth and fourteenth amendment Rights.

16  In that defendant has Conspired to Chill

17  plaintiffs exercise of his first, sixth

18  and fourteenth amendment Rights. Through

19  actions which do not serve nor advance

20  any legitimate penological goals.

21      On 10/5/05, Plaintiff was arrested

22  in the State of Minnesota, by the

23  Minnesota F.B.I. Task Force. On a fugitive

24  Warrant issued by Judge Stanford E.

25  Reichert, Of the Superior Court of San

26  Bernadino, California. On Charges of

27  Robbery, assault with a firearm

28  and attempt Car jacking.

(2.)

On 10/6/05, Plaintiff appeared before Judge Edward S. Wilson, of the District Court of the State of Minnesota. For the purpose of a extradition hearing. Where plaintiff signed a waiver of extradition to return voluntarily to the State of California.

On 11/1/05, Plaintiff was extradited to the State of California, in the custody of the San Bernadino Sheriff department detective agency.

On 11/3/05, Plaintiff appeared before Judge Jules E. Fleuret, in the Municipal Court of Victorville, for the purpose of arraignment. Plaintiff was represented by defendant Gina Lynn Kershaw, to whom a copy of the criminal complaint and the discovery material was provided by D.O.A. David Foy. (See exhibit I).

Plaintiff state that after the arraignment defendant, informed plaintiff of th charges and of the information alleged in the criminal complaint. Defendant also asked plaintiff what did he know about the alleged incidents? To which plaintiff replied that he knew only that which was just stated and that during the time of the alleged in-

(3.)

Attached

1  cidents. He was at home among family
2  friends and neighbors. All who would
3  verify that plaintiff was in their
4  company.
5     Plaintiff state that defendant asked
6  for the names of the friends, neigh-
7  bors and family members. All of which
8  was written on to a list. That held
9  the names of Mayleen Santiago, Robert Colbart,
10  David Lyle, Adam Lyle, Michael Lyle, Paul Thomp-
11  son and Denise Thompson. Plaintiff also
12  provided defendant with the contact
13  information of each witness.
14     Plaintiff state that defendant said she
15  would contact defense investigator Steve
16  Steemel, with the witness information to
17  conduct interviews. And that she would have
18  Steve to contact plaintiff. To discuss the
19  particulars of the investigation, in pre-
20  paration of the upcoming preliminary hear-
21  ing.
22     At that plaintiff asked defendant to ex-
23  plain the contents of the discovery
24  material. Plaintiff state that defendant
25  replied that the discovery consist of a variety
26  of documents. Such as police reports, in-
27  vestigative reports and the cad Re-
28  port. All of which deal with the

(4.)

1  Statements of the Witnesses, Which was
2  Reported to the Responding Sheriff deputies
3  The Statements the Witnesses Reported
4  to the Sheriff department detective
5  agency in the course of their in-
6  vestigation.
7     The Statements the Responding depu-
8  ties Reported to the Sheriff depart-
9  ment dispatchers during the time
10  of the alleged incidents. The six
11  pack photographs Shown to the Witness-
12  es by the deputies and the detectives
13  during their investigation. Exhibits
14  and photographs of the alleged Crime
15  Scenes, finger print analysis Reports.
16  Copies of the Search and Wire tap war-
17  rants and the other evidence the
18  D.D.A. intends to use at trial.
19     Plaintiff then asked defendant to pre-
20  pare a Copy of the discovery material for
21  him. To which defendant Stated She would
22  have prepared and available at the next
23  Court appearance.
24     On 11/7/05, plaintiff met with defendant
25  to discuss an offer made by the District
26  Attorneys Office.
27     After plaintiff made it clear, that
28  his interest Was to go forward with

( 5.)

the Case. Plaintiff State that he asked defen-
dant to explain the case to him. To
which defendant Replied. The only evi-
dence I've gathered from the dis-
Covery that ties you to these
Charges. Is the Statements of one
eyewitness Deputy Darin Lansdown,
Who makes a questionable I.D.. How-
ever I don't see his I.D. being able
to Carry the case too far.

Especially when there are at least
ten or more other eyewitnesses
Robert Greene, Jennifer Tovevla, Tony
Bracking, Janie Weinke, Deana Walker,
Sean Averett, Shannon Pucol, Dequin Brad-
ford, Joe Nunez and Christopher
Jackson who were not able to I.D.
you at all.

At that, defendant took the opportunity
to introduce the defense investigator
Steve Steemel, by Stating I have here
Our investigator working some viable
leads. Which will Show that Deputy
Lansdown, identified the wrong person,
When you get your copy of the dis-
Corcay, you will see the information
which supports this position.

Plaintiff states that Steve joined the discussion

( 6.)

by asking plaintiff what would be
the best times to Reach the alibi
witnesses? To which plaintiff in-
formed Steve, that he would have to
Contact each witness at the telephone
numbers previously provided to de
fendant to obtain that information
from each one of them.

Plaintiff then instructed Steve to
Contact Co-defendant Rudolph Johnson,
who would verify that plaintiff was not
with him during the time of the alleged
incidents.

Plaintiff States that Steve Said he
would have to get permission from
co-defendants attorney before speaking
with him and would thereafter con-
tact plaintiff with the Results.

On 11/8/05, Plaintiff state that he met with de-
fense investigator, who informed
Plaintiff that he had interviewed Co-defen-
dant Rudolp Johnson. Who verified that
Plaintiff was not with him during the
time of the alleged incidents. Mr. John-
son also Stated that he would testify
to Such when Subpoena to do.

Steve further Stated that he had pre-
pared a written Report detailing the

(7.)

the contents of the interview. And that a copy of the Report was pro- vided to defendant for the case file of plaintiff.

Steve went on to state that he had contacted alibi witnesses Mayleen San- tiago, Robert Colbart, David Lyle, Michael Lyle, Adam Lyle, Paul Thompson and Denise Thompson. That he had sched- uled interviews with each witness to take place within the next two weeks.

At that, Plaintiff asked Steve had he made contact with any of the eye wit- nesses. To which Steve stated he had not.

On 11/9/05, the preliminary hearing was held before Judge Jules E. Fleuret. The D.D.A. David Foy, presented witness- es Deputy Darin Lansdown, Regina Chinna and Detective Rick Messersmith.

After there was no affirmative de- fense presented by defendant. The court ruled there was sufficient evidence to hold plaintiff to answer. The Re- cord of the preliminary hearing is con- tained in Case number FVI022315, of the Superior court file FVI023321.

On 11/22/05, Plaintiff state that he met with de-

(8.)

fendant, who Stated She had interviewed Robert Colbart, Paul Thompson and Denise Thompson. Each who verified that they were in the Company of plaintiff during the time of the alleged incidents.

Defendant further Stated that a Copy of the written Report detailing the Contents of each witness interview would be included in plaintiffs Copy of the discovery. Defendant also Reported that each witness would be Subpoena to testify at trial.

Afterwards plaintiff instructed defendant to Contact and interview Kevin Booker. Who would verify that plaintiffs vehicle broke down in the City of Victorville on 8/1/05. Further that he and plaintiff pushed the vehicle to a mechanic Shop in Victorville the Same day.

Plaintiff also instructed defendant to Contact and interview Farris Jackson. Who would verify that She had Rented a Car from Enterprise Rentals for plaintiff. After plaintiff had informed her of the mechanical problems with his vehicle and after plaintiff had asked her

( 9. )

1  to do so. Plaintiff also provided defen-
2  dant with the telephone numbers of
3  each witness, That plaintiff could
4  then call each to schedule in-
5  terviews.
6  On 12/30/05, Plaintiff state that he met with de-
7  fendant, who informed plaintiff that
8  she had submitted a Pitchos Motion.
9  That the Sheriff department had agreed
10  to turn over the training, the em-
11  ployment, the discipline and the per-
12  formance files of Deputy Darin Lans-
13  down, Fernando Hernandez, Robert Boyd,
14  Robert Rose, Joseph Catalano, Scott Chap-
15  delaine, Joshua Conley, Mark Ramirez
16  and Detective Rick Messersmith. All
17  who were involved in the crime scene
18  searches, the interrogation of suspects
19  and the crime scene investigation.
20      Defendant further stated that the
21  examination of the files and or Records
22  produced impeachable evidence. Regarding
23  Mark Ramirez, Darin Lansdown and Rick
24  Messersmith all who had been discipline
25  for falsifying documents. And to the later
26  Messersmith in addition to the falsifying
27  of documents. There was an alleged accu-
28  sation of planting evidence on more

(10.)

than one occasion. Also with Regards to Fernando Hernandez and Joseph Catalano, there were accusations of excessive force and complaints of harassment.

On 1/3/06, Plaintiff state that he met with defense investigator Steve Stremel, Who informed Plaintiff that he had interviewed Mayleen Santiago, David Lyle, Adam Lyle and Michael Lyle. All who verified that plaintiff was in their company at and or during the time of the alleged incidents.

Steve further stated that he had prepared a written Report, detailing the contents of each interview and that he had provided a copy of each Report to defendant for the case file of Plaintiff

Steve went on to state that he had interviewed eye witnesses Janie Weinke, Jennifer Tourula, Robert Green, Dequin Bradford, Christopher Jackson, Tony Brackins, Deana Walker and Salti Mahmoud.

That in each interview he showed a photo six pack to each eyewitness. Which included a photograph of plaintiff. That he asked each witness to

point to the photograph of the person whom they believed to be the suspect. That each witness stated after viewing the photo six pack. The person is not pictured in the photographs.

Steve went on to inform plaintiff that he had each witness sign a document, which stated the witness had been shown a photo six pack, that included the photo of a person who had been arrested in the case. Which the witness had been a eye witness to and that each stated. The person whom they believed to be the suspect was not pictured in the photo spread. Also that a copy of each witness interview, detailing the contents thereof was provided to defendant for the case file of plaintiff.

Plaintiff then asked Steve about the lead he was pursuing, that would show Deputy Lansdown had identified the wrong person? To which Steve stated he had recently received a call sheet, that identifies which call sign belong to a particular deputy or detective. And which operator made each particular entry on the Cad Report.

(12.)

With this information, Steve Stated he would be able to identify who was Reporting the different description information about the Suspects. And that he would waite his findings in a Report. Which he would later provide a Copy thereof to defendant for plaintiffs Case file.

On 1/7/06, Plaintiff state that he met with defendant who informed plaintiff, that Ohe had interviewed Kevin Booker. Who verified that plaintiffs vehicle had broken down on 8/1/05. That he had also helped plaintiff push the vehicle to a mechanic Shop located on first and (D) Street in the City of Victorville. Defendant went on to State that the Witness Kevin Booker, had Signed a declaration Stating the above and that he would be Subpoena to testify at trial.

On 2/10/06, Plaintiff state that he met with defense investigator Steve, who informed Plaintiff that for trial, he had prepared photograph exhibits of the Ralphs shopping Center, the entrance and Rear gate of the Colony

( 13.)

Attached

1 Apartments. That he had examined
2 crime scene photographs taken by
3 Sheriff department detectives. Of
4 the victim, the Rental Car, the Re-
5 covered money and the vehicle in-
6 volved in the attempt Car jacking.
7 That he had Calculated the time it
8 took to Run from the Ralph Shopping
9 Center, to the Rear of the Colony
10 Apartments and the time it took
11 to drive the same distance.
12 That he had taken measurements of
13 the distances between the locations.
14 Where Deputy Lansdown, Stated he
15 was at and where he Stated the
16 Suspects were during the time of
17 his observations.
18 That he had obtained a Copy of plaintiffs
19 medical files and a Copy of plaintiffs
20 vehicle Registration. That he had pre-
21 pared a written Report detailing
22 the information he would be testifying
23 to at trial. And that he had provided
24 a Copy to defendant for plaintiffs
25 Case file.
26     Steve further Stated that the
27 Citizen who had Reported the Rob-
28 bery to witness Salti Mahmoud,

(14.)

<u>Attached</u>

1  was Daniel Chinna, a Relative of Regina
2  Chinna. That he had interviewed Daniel
3  Chinna, and shown him the photo six
4  pack, which featured a photograph of
5  plaintiff. After View the photo six pack
6  Daniel Chinna, Stated that the person he
7  Saw attack and Rob Regina Chinna, was
8  not in the photo spread.
9      That he had prepared a written
10  Report, which detailed the con-
11  tents of the interview and pro-
12  vided a copy to defendant for plaintiffs
13  Case file.
14      On 2/28/06, Plaintiff State that he met
15  with defendant who informed plaintiff that
16  witnesses David Lyle, Adam Lyle, Michael Lyle,
17  Paul Thompson, Denise Thompson, Robert Colbart,
18  Kevin Booker, Farris Jackson, Mayleen Santiago,
19  Daniel Chinna, Janie Weinke, Jennifer Toutula,
20  Robert Greene, Dequin Bradford, Deana
21  Walter, Salti Mahmoud, Tony Brackins, Mark
22  Ramirez, Joseph Catalano, Steve Steemel,
23  Christopher Jackson and Dr. Vivian Smith
24  had been submitted to the Court on the
25  defense witness list.
26      On 3/1/06, Plaintiff State that defendant
27  stated that witnesses Mayleen
28  Santiago, David Lyle, Adam Lyle,

(15.)

Michael Lyle, Robert Colbert, Paul Thompson, Denise Thompson, Kevin Booker, Farris Jackson, Daniel Chinna, Janie Weinke, Jennifer Toueula, Robert Greene, Dequin Bradford, Tony Brackins, Christopher Jackson, Deana Walker, Salti Mahmoud, Deputy Mark Ramirez, Joseph Catalano, Steve Stremel and Dr. Vivian Smith had been issued subpoenas to testify at trial.

Also on 3/1/06, jury selection began and went on until 3/3/06. A jury was enpaneled, alternates were selected and trial began with the peoples opening statements.

The peoples case in Chief proceeded with D.O.A. David Foy, presenting witnesses Regina Chinna, Angeline Cracchiolo, Robert Greene, Gail Brown, Michael Reuvers, Kari Klaus, John Wickum, Rick Messersmith, Deborah Harris, Allen Maxwell, Katie King, Gary Bailey and Darin Lansdown. All who testified to different aspects of the peoples case and all who were cursory examined by defendant. Who failed to adduce the readily available evidence of plaintiffs innocence. The peoples case went unchallenged and carried on until 3/13/06, when the people rested,

(16.)

Attached

On 3/13/06, defendant presented Plaintiffs case in chief, without calling the alibi witnesses to testify that plaintiff was in their company during the alleged incidents. Nor was the eye-witnesses called to testify that plain-tiff was not the suspect they saw.

Further none of the witnesses who were essential to plaintiffs de-fense and to the evidence of mis-taken identification were called. The only witness called was Mayleen Santiago, whose testimony was limited and reliant upon the testimony of the other witnesses. Defendant at one stage of the trial informed the judge that there would be other witnesses. (See exhibit II).

However at some point, without notice nor without consultation with plaintiff. Defendant Rested plaintiffs defense. Wagering that the testimony of Mayleen Santiago, alone had Revealed the information of plaintiffs innocence, a Reasonable doubt toward guilt and more importantly held the prosecutor to it's burden of proving plaintiff guilty beyond a Reasonable doubt.

(17.)

<u>Attached</u>

1  Furthermore none of the witness
2  declarations, photographs, exhibits
3  and none of the other evidentiary
4  material discovered and prepared
5  by the defense investigator, to be
6  used in the defense of plaintiff at
7  trial was introduced into evidence nor
8  used in any capacity for the defense
9  of plaintiff at trial.
10  The jury was given the case for
11  deliberations and on 3/16/06, The jury
12  came back with a guilty verdict for
13  plaintiff of one count of aiding and
14  abetting a robbery and one count of ex-
15  felon in possession of a firearm.
16  On 5/17/06, Defendant filed a notice
17  of appeal on behalf of plaintiff.
18  On 6/6/06, Plaintiff appeared before
19  Judge John M. Tomberlin, who sentenced
20  Plaintiff to a term of (45) forty five
21  years to life.
22  On 8/16/06, Plaintiff was notified by
23  appellate attorney Michael B. McPartland,
24  that he had been appointed to repre-
25  sent plaintiff on appeal.
26  On 12/19/06, Appellate Counsel filed a
27  opening brief on behalf of plaintiff in
28  the Fourth Appellate District Division Two

(18)

in Case number E040552. With a claim
that the trial court gave an erroneous
jury instruction. Violating plaintiffs
Right to a jury trial under the sixth
Amendment.

On 6/24/07, Plaintiff contacted
appellate attorney Mr. Mc Partland,
via mail concerning a Request
for a copy of the trial record.
(See exhibit III).

On 7/5/07, Appellate attorney Mr.
Mc Partland, Responded to plaintiffs
trial record request. (See exhibit IV).

On 7/19/07, Plaintiff Re contacted
Mr. Mc Partland, Regarding the trial
Record an issues plaintiff Requested
appellate attorney to pursue on a IAC
Claim, (see exhibit V).

On 7/26/07, Appellate attorney
Replied with the following Response,
(See exhibit VI).

On 8/9/07, Plaintiff Contacted Mr. Mc-
Partland, Regarding the discovery material
used by the trial attorney and the prose-
cutor in case FVI02332I. See exhibit
VII).

On 8/12/07 Plaintiff Contacted Mr. Mc
Partland, Regarding the issues of a IAC

(19.)

Claim and the Status of plaintiffs direct appeal. See exhibit VIII).

On 8/23/07, Mr. Mc Partland, Responded with the following Response. (see exhibit IX.)

On 8/27/07, Plaintiffs direct appeal was denied by the Fourth Appellate District Division II, in a unpublished official Report. Citing that the error was harmless beyond a reasonable doubt. Based upon the unchallenged evidence presented in Plaintiff's trial.

On 9/5/07, Plaintiff was notified by Mr. Mc Partland, that the direct appeal was denied and that a petition for Review would be submitted to the California Supreme Court on behalf of plaintiff. (See exhibit X).

On 9/6/07, Plaintiff contacted defendant Gina Lynn Kershaw, Requesting a copy of plaintiffs case file, which held the discovery material she used as well as the prosecutor in the case numbered FVI023321. See exhibit XI.

On 9/14/07, Plaintiff Contacted Mr. Mc-Partland, Regarding the issues pertaining to the IAC Claim and Requested that those issues be included

(20.)

with the petition for Review. Also Plaintiff asked Mr. McPartland, to contact trial attorney Gina Kershaw, Regarding the case file and the discovery material. (See exhibit XII).

On 11/1/07, Plaintiff Recontacted Mr. McPartland, Regarding the same matters described in the previous contact in exhibit XI. (See exhibit XIII).

On 11/12/07, Mr. McPartland, Responded with the following Reply. (See exhibit XIV).

On 11/20/07, Plaintiff Contacted defendant Regarding a Copy of the case file, which held the discovery material. (See exhibit XV).

On 12/5/07, Plaintiff was notified by Appellate attorney Mr. McPartland, that the Supreme Court had denied Plaintiffs petition for Review. (See exhibit XVI).

On 12/7/07, Plaintiff contacted Mr. McPartland, Requesting that he pursue the appellate issues and the IAC claim to the federal Courts. See exhibit XVII).

On 12/15/07, Mr. McPartland Responded

(21.)

Attached

with the following Reply. (See exhibit XVIII).

On 12/20/07, Plaintiff Recontacted defendant with a Request for the case file and discovery material. (See exhibit XIX).

On 1/7/08, Plaintiff Contacted Sharon Booker, via mail with the telephone number of defendant and with instructions to have defendant to send plaintiff the case file and the discovery materials. (See exhibit XX.)

On 1/10/08, Plaintiff Contacted the California State Bar apprising them of the issues Regarding the Repeated Request plaintiff made to defendant about the case file and discovery material. Plaintiff also Requested the State Bar to Contact defendant to have her send plaintiff a copy of the case file and the discovery material. (See exhibit XXI).

On 1/25/08, Plaintiff was contacted by Sharon Booker, who stated that she called the number provided for attorney Gina Kershaw, and that the number was no longer in working order. See exhibit XXII).

Attach ()

1  On 1/27/08, Plaintiff contacted defense
2  investigator Steve Stremel, Requesting
3  that he provide plaintiff a Copy of
4  the discovery material, Which was
5  provided to him by defendant to conduct
6  an investigation and that which he
7  developed in the course of his in-
8  vestigation. (See exhibit XXIII.)
9    On 1/28/08, Plaintiff Contacted Judge
10  John Tomberlin, Regarding a Copy of
11  the Case file and discovery material.
12  (See exhibit XXIV)
13    On 2/9/07, Plaintiff contacted Sharon
14  Booker, asking her to call the defense
15  investigator Steve Stremel, To have him
16  to send plaintiff a Copy of all of the
17  discovery material he has Regarding
18  plaintiffs Case. See exhibit XXV)
19    On 2/29/07, Plaintiff was contacted
20  by Sharon Booker, who Responded
21  as Such in exhibit XXVI.
22    On 3/13/07, Plaintiff Contacted the
23  Victorville Conflict panel, Regarding
24  the efforts plaintiff had employed
25  to Retreive the Case file and discovery
26  material from defendant. Plaintiff also
27  Requested that they provide a copy
28  of the Case file and discovery material

(23.)

Attached

1  as soon as possible. (See exhibit XXVII)

2  On 4/10/08, Plaintiff Submitted
3  a motion to the Superior Court of
4  Victorville, For an order to issue
5  the case file. (See exhibit XXVIII).

6  On 4/15/08, The above-mentioned
7  motion was Returned per Superior
8  Court clerk for the following. See
9  exhibit XXIX).

10  On 4/15/08, Plaintiff Recontacted
11  the Conflict Panel Requesting that
12  they provide Plaintiff a copy of the
13  case file and the discovery material.
14  (See exhibit XXX).

15  On 4/2/08, Plaintiff Recontacted the
16  Conflict Panel this time addressing
17  the issue to file manager Christina
18  Rodriguez, Regarding the case file and
19  discovery material. (See exhibit XXXI).

20  On 4/24/08, Plaintiff Resubmitted
21  the motion for case file and discovery
22  material to the Victorville Superior
23  Court for filing. (See exhibit XXXII).

24  On 4/29/08, Plaintiff was Contacted
25  by the California State Bar, Paralegal
26  Lisa Mc Geo, who informed Plaintiff
27  that defendant had been advised to
28  Contact Plaintiff Regarding making the

(24.)

Attached

Client file available to Plaintiff. (See exhibit XXXIII).

On 5/7/08, Plaintiff was notified by the Victorville Superior Court Clerk Marcia Ramirez, that the motion Plaintiff Submitted for the case file was sent to appellate attorney Richard Schwartzberg, Who happened to be the attorney of the co-defendant not plaintiff. (See exhibit XXXIV).

On 5/14/08, Plaintiff contacted attorney Richard Schwartzberg, Requesting that he inform the Victorville Superior Court and Clerk that he is not plaintiffs attorney. (See exhibit XXXV).

On 5/15/08, Plaintiff Contacted the Victorville Superior Court and Clerk Marcia Ramirez, Informing both that Mr. Schwartzberg, was not plaintiffs attorney, And that a hearing date Should be set to hear plaintiffs motion for the case file and discovery material. (See exhibit XXXVI).

On 5/15/08, Plaintiff Contacted defendant Regarding the case file, the contact of the State Bar and the arran-

(25.)

<u>Attached</u>

1 ge ments to Retrieve the case file.
2 (see exhibit XXXVII ).
3    On 5/2/08, Plaintiff contacted
4 Lisa McGeo, of the California State
5 Bar as Requested. Regarding defendants
6 failure to Contact plaintiff making
7 the Client file available within ten
8 days after defendant was advised by
9 the California State Bar. (see exhibit
10 XXXVIII ).
11    On 5/27/08, Plaintiff was notified
12 by the Victorville Superior Court Clerk
13 Marcia Ramirez, that plaintiffs motion
14 for case file was denied for the
15 following. (See exhibit XXXIX ).
16    On 6/2/08 Plaintiff submitted a sup-
17 plemental motion for case file with-
18 drawing the fee waiver. (See exhibit
19 XXXX ).
20    On 6/2/08, Plaintiff Contacted
21 appellate attorney Mr. McPartland, inform-
22 ing him of the efforts employed to
23 Retrieve the case file and discovery
24 material. (See exhibit XXXXI ).
25    On 6/7/08, Plaintiff was contacted
26 by attorney Richard Schwartzberg,
27 who Responded to plaintiffs earlier
28 contact. (See exhibit XXXXII ).

(26.)

On 6/7/08, Plaintiff was contacted
by Mr. McPartland who responded to
Plaintiffs earlier contact as follow,
(See exhibit XXXXIII ).

On 6/11/08, Plaintiff was notified
by the Victorville Court Criminal de-
partment Representative Joy Colly,
who stated that documents of plain-
tiffs case file would be provided at
(50) fifty cents a page. (See exhibit
XXXXIV ).

On 6/26/08 Plaintiff contacted Lisa
McCreo, of the California State Bar,
Requesting that further action be
taken against attorney Gina Keeshaw,
for failing to turn over Plaintiffs
client file as advised to do So.
(See exhibit XXXXV ).

On 7/14/08, Plaintiff Received from
the Victorville Criminal department
Representative Joy Colly, a thirty
five page Chronological history and
status of the case file. Detailing the
events which took place from 1/3/06 to
6/11/08, in plaintiffs case in the Superior
Court, However there was no list nor men-
tion of documents or materials from
the discovery. (See exhibit XXXXVI ).

(27.)

Attached

On 7/21/08, Plaintiff Contacted Joy Colly, Regarding a list of the discovery material held in plaintiffs Case file. See exhibit XXXXVII ).

Plaintiff State that the Witnesses, the evidentiary material, the documents, the exhibits and the other discovery Related material was developed for the defense of plaintiff at trial.

That this evidentiary material, the Witnesses, the documents, the exhibits and the discovery Related material was not used in plaintiffs defense at trial,

That the discovery material developed by the San Bernadinos Sheriffs deputies and the detective department in the Course of their investigation. Was used to prepare a case against plaintiff and then later used to prosecute plaintiff. Of which met an incompetent Challenge at trial by defendant.

That plaintiff informed appellate attorney Mr. Mc Partland, that trial attorney Gina Keeshaw, failed to Call alibi Witnesses who were in plaintiffs com-

(28.)

Attached

pany during the time of the incident, that defendant failed to Call eye witnesses who stated plaintiff was not the suspect they saw. That none of the evidence which would Reveal plaintiffs innocence was presented at trial and that Plaintiff Requested that appellate attorney Raise the issue of IAC on trial Counsel in the direct appeal. Which went Repeatedly ignored.

That Plaintiff Require the case file and the discovery material, in order to have an independent investigation Conducted. To mount an affirmative Challenge of the validity of plaintiffs Conviction on the federal appellate level.

That defendants failure to make the case file and discovery material available. Is Causing plaintiff to Suffer a Chilling effect by failing to meet the time Restraints. As is Specified in the Antiterrorism and Effective Death penalty Act. Thereby violating plaintiffs substantial due process Rights.

(29.)

# EXHIBIT COVER PAGE

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____ pages.

JURISDICTION:   (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appleltale Court
- [ ] State Supreme Court
- [x] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

Exhibit I

REPORTER JEANNE HUBER
DEFENDANT PRESENT IN CUSTODY.

PROCEEDINGS
DEFENDANT IS ADVISED OF CONSTITUTIONAL AND STATUTORY RIGHTS. (AS ATTACHED AND
INCORPORATED)
DEFENDANT ARRAIGNED.

PLEA INFORMATION
DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS.
DEFENDANT DENIES SPECIAL ALLEGATIONS.
DEFENDANT DENIES ALL PRIORS.

ATTORNEY INFORMATION
COURT APPOINTS ATTORNEY CONFLICT PANEL.
COPY OF COMPLAINT AND DISCOVERY GIVEN TO DEFENSE COUNSEL.

HEARINGS
EARLY DISPOSITION HEARING SET FOR 11/07/2005 AT 9:30 IN DEPARTMENT V6
PRELIMINARY HEARING SET ON 11/09/2005 AT 9:50 IN DEPARTMENT V6.

CUSTODY STATUS
CASE CUSTODY - IN CUSTODY
BAIL SET AT $500000.00.
COMMITMENT ISSUED (PENDING)
ATTORNEY NOTIFIED.
DISTRICT ATTORNEY NOTIFIED.
============ MINUTE ORDER END ================

| 11/02/2005 1:30 PM DEPT. V14 | IN CUSTODY ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
|---|---|---|---|
| **Minutes** | | | |

PATRICK L SINGER
CLERK MARY ANN CHAVEZ

-

MOTIONS
ON COURT'S OWN MOTION-CASE OFF CALENDAR.
DEFT REFUSED

-

CUSTODY STATUS
BENCH WARRANT TO REMAIN OUTSTANDING.
CASE CUSTODY - IN CUSTODY
============ MINUTE ORDER END ================

| 09/21/2005 3:33 PM | SECOND AMENDED COMPLAINT FILED | | |
|---|---|---|---|
| 08/19/2005 4:00 PM DEPT. WAR | EX PARTE HEARING RE: ARREST WARRANT | DISPOSED | |
| **Minutes** | | | |

1  witnesses?

2          MR. FOY:  Not today, your Honor.

3          THE COURT:  Do you intend to have witnesses

4  scheduled for tomorrow?

5          MR. FOY:  For tomorrow, no.

6          THE COURT:  Counsel approach.

7  (Whereupon the following proceedings were held at the

8          bench out of the hearing of the jury:)

9          THE COURT:  Are you going to rest or what?

10          MR. FOY:  Well, that's one of the things I

11  wanted to talk about was, I can.  I could rest, but

12  with contention on being able to reopen Monday,

13  basically, if we can find Joe Nunez.  Basically, I

14  have one witness, Joe Nunez.

15          THE COURT:  Do you plan on calling any

16  witnesses?

17          MR. SHINDER:  I do not.

18          MS. KERSHAW:  I do, but I have them

19  subpoenaed for Monday.

20          THE COURT:  Can you get them here tomorrow?

21          MS. KERSHAW:  I can try.  They're people from

22  the sheriff's department, and I also have a civilian

23  witness, Mayleen Santiago.

24          THE COURT:  Where is she?

25          MS. KERSHAW:  I don't know.  She's nearby

26  somewhere.  I don't know what her schedule is.  I know

27  she has children.

28          MR. SHINDER:  Kay can baby-sit.

Andre Booker f13520
P.O. Box 290066
Represa, Ca 95671

6/24/07

Re: Fv1023321

Attention Mr. Mc Partland,

Please send me a copy of the transcripts
and all other documents you may have, which
Relate to my case. Also what options are there
in the event the appellate courts deny
the appeal. Thank you,

Respectfully

_Andre Booker_

*Law Office of*

## MICHAEL B. McPARTLAND
**P.O. Box 13442**
**Palm Desert, CA 92255**

---

**(760) 772-8265**

July 5, 2007

Andre Ledon Booker  F-30521
P.O. Box 290066
Represa, CA  95671-0066

Dear Mr. Booker:

This letter is in response to your letter dated June 24, 2007.

With regards to your request for the trial record, I am not really done with it until the Court of Appeal issues its opinion. However, I probably will not need it again, so I will send it to you if you agree to send it back to me if further review of it becomes necessary. Please write me in this regard, and I will do what you request.

With regards to later options, if you lose in the Court of Appeal, and the California Supreme Court denies review, you can file a habeas petition in the federal district court raising any federal constitutional issues that were raised in the appeal. You can also file a habeas petition in the trial court raising claims that are not shown in the appellate record, such as ineffective assistance of trial counsel.

If you have any further questions, please write me.

Very truly yours,

MICHAEL B. McPARTLAND
Attorney at Law

MBM/mc

Andre Booker P30521
P.O. Box 290066
Represa, Ca 95671

7/19/07

Re: fv1023321

Attention Mr. McPartland,

Please forward the trial Record and all other documents Related to my case. I will be sure to send you any and all documents back upon Request. Also Regarding the issue of IAC. There were several issues which took place on and out side the Record. For instance, the trial attorney failed to call the alibi witnesses and the eye-witnesses. Also I have a document which states that the Chief Witness Darin Lansdown, stated that he saw me Running with a purse in my hands and that the co-defendant in the case was Running with a gun in his hands. Yet at trial and at the preliminary hearing the witness Lansdown, states that I was Running with the gun in my hand. While the co-defendant was Running with a bag and a purse in his hands. This is information the attorney knew from the discovery material, Yet under cross examination she Refused to ask the witness about these prior statements and she Refused to impeach the witness based on these statements and others. These are issues which need to be included in the direct appeal, Thank you,

Respectfully
Andre Booker
_Andre Booker_

Law Office of
**MICHAEL B. McPARTLAND**
*P.O. Box 13442*
*Palm Desert, CA 92255*

*(760) 772-8265*

July 26, 2007

Andre Ledon Booker  F-30521
P.O. Box 290066
Represa, CA  95671-0066

Dear Mr. Booker:

This letter is in response to your letter dated July 19, 2007.

Enclosed please find your copy of the trial transcripts, as you requested. If I need them again, I will let you know.

With regards the copy of Lansdown's statement that you sent me, he only identified Johnson as "one of the suspects running from the scene with a gun in his hand." This is somewhat ambiguous, particularly since, in the other statement you sent me, Lansdown identifies you as "one of the suspects running from the scene with a purse in his hand." This may be the reason that your trial attorney refused to question Lansdown about this statement.

In any event, your trial attorney's failure to bring up this statement at trial would not raise an appellate issue, since it is not shown in the record. You would have to raise this issue with an ineffective assistance of counsel claim included in a habeas petition filed in the trial court.

If you have any further questions, please write me.

Very truly yours,

MICHAEL B. McPARTLAND
Attorney at Law

MBM/mc
Encl

Andre Booker P3052
P.O. Box 290066
Represa, Ca 95671

Exhibit VII

8/9/07

Re: Fr 1023321

Attention Mr. Mc Partland,

Thanks for the trial transcripts, however
where are the discovery documents? Please
send those documents and a copy of the writ
which was filed by the attorney for the co-
defendant in my case. Thank you

Respectfully
Andre Booker

Andre Booker P30521
P.O. Box 290066
Represa, Ca 95671

Exhibit <u>VIII</u>

8/12/07

Re: E 040552

Attention Mr. McQuartland,

I'am not understanding why the issues I brought to your attention can not be raised in the direct appeal, My trial attorney stated on the record that she had witnesses from the sheriff department subpoena, The one alibi witness who did testify stated that there were other alibi witnesses there that day, whom the trial attorney didn't call in my defense, The victim Regina Chinna testified that there were eye witnesses, who came to her after the incident. The peoples investigating officer stated that someone a witness had called (911) to report the incident, yet this witness was never heard by the jury as to what he or she saw, All these things happened on the record. I was under the notion that what happened in my trial, with regards to the jury instructions. Is a clear violation of my constitutional rights, How can the courts rule other than in my favor based on those facts? Thank you.

Respectfully And Deter

*Law Office of*

## MICHAEL B. McPARTLAND
### P.O. Box 13442
### Palm Desert, CA 92255

### (760) 772-8265

August 23, 2007

Andre Ledon Booker  F-30521
P.O. Box 290066
Represa, CA  95671-0066

Dear Mr. Booker:

This letter is in response to your letters dated August 9, 2007, and August 12, 2007.

With regards to discovery documents, you need to contact your trial attorney to obtain such documents. With regards to a co-defendant's writ, if a writ was filed, I was not sent a copy.

With regards to a claim of ineffective assistance of counsel, I did not mean to imply that I saw such a claim. What I meant was that the appeal is based solely on the record on appeal, and I can not present evidence in the appeal that was not presented at trial. However, if you believe that your attorney rendered ineffective assistance of counsel based things that happened outside the record, you could file a petition for the writ of habeas corpus in the trial court on your own on the applicable form. I only handle cases in the appellate court, so I could not represent you in those habeas proceedings.

With regards to there being a reason that the appellate court will not rule in your favor, the appellate courts affirm ninety-five percent of all criminal convictions.

If you have any further questions, please write me.

Very truly yours,

MICHAEL B. McPARTLAND
Attorney at Law

MBM/mc

Exhibit I

**Law Office of**

### MICHAEL B. McPARTLAND
**P.O. Box 13442**
**Palm Desert, CA 92255**

---

**(760) 772-8265**

September 5, 2007

Andre Ledon Booker  F-30521
P.O. Box 290066
Represa, CA  95671-0066

Dear Mr. Booker:

I regret to inform you that the Court of Appeal has upheld your convictions and sentence. I am sorry. However, I do intend to file a petition for review in the California Supreme Court in your case, which will be filed around the beginning of October. When the petition for review is filed, I will send you a copy.

I am enclosing a copy of the Court's opinion for your review.

If you have any further questions, please write me.

Very truly yours,

MICHAEL B. McPARTLAND
Attorney at Law

MBM/mc
Encl

Andre Booker

Exhibit XI

#30521, B3-102
P.O. Box 290066
Represa, Ca 95671



9/6/07


Re: Fv1023321

            Attention Ms. Kershaw,
    Please send me a copy of my case file
which holds the discovery material used
by you and developed by the San Bernadino
Sheriffs, detectives department and the
investigator Steve Steemel. Thank you

                            Respectfully
                            Andre Booker
                            Andre Booker

Andre Booker #30551
P.O. Box 290066
Represa, Ca 95671

Exhibit XII.

9/14/07

Re: I040552, fv1023321

Attention Mr. Mc Partland,

The issues I brought to your attention Regarding the failure of trial attorney to call the alibi witnesses and the eye witnesses in my defense. Is a strong constitutional issue, which pertains to my right to a fair trial, Thus I ask you again to present these issues to the appellate courts. As I noticed in their denial of my direct appeal. Their position was based on the fact that there was no challenge to the evidence which was presented to establish guilt, However the trial attorney had available information in the form of documents and witnesses, to which to challenge the evidence presented by the prosecutor and as well to reveal information of my innocence, Of which the jury never heard, because the trial attorney failed to present these witnesses and documents, I also ask that you contact Ms. Kershaw and ask her for the discovery material. Thank you.

Respectfully
Andre Booker
Andre Booker

Andre Booker 830521
P.O. Box 290066
Represa, Ca 95671

Exhibit XIII

11/1/07

Re: E 040552, PV 1023321

## Attention Mr. Mc Partland

The issues I brought to your attention Regarding the failure of trial attorney to Call the alibi Witnesses and the eyewitnesses in my defense. Is a strong constitutional issue which I Request that you Raise in the direct appeal, As it pertains to my Right to a fair trial. Also I need you to contact Ms. Kershaw Regarding the discovery material. As she has ignored all of my Request. Tell me Can the jury use evidence from a count that I was found not guilty of, To use to find me guilty of another Count? Also do I have to Raise the same issues you Raised in the event I pursued a writ to the Superior Court? Thank you.

Respectfully

Andre Booker

Exhibit XIV

*Law Office of*

### MICHAEL B. McPARTLAND
**P.O. Box 13442**
**Palm Desert, CA 92255**

_____

*(760) 772-8265*

November 12, 2007

Andre Ledon Booker  F-30521
P.O. Box 290066
Represa, CA  95671-0066

Dear Mr. Booker:

This letter is in response to your letter dated November 1, 2007.

With regards to your question on ineffective assistance of counsel, I am enclosing a copy of my September 24, 2007 letter to you in which I answered that question. With regards to trial strategies or tactics, trial counsel's tactical decisions are all okay unless you establish that she made an <u>un</u>reasonable decision.

With regards to discovery documents, your trial attorney has an obligation to turn over your file to you, so you should send her a letter demanding that she send you what she has in her possession. I show her current address as: P.O. Box 662, Wrightwood, California 92397.

With regards to using evidence from a previous filing, yes this can be done.

With regard to a writ to the superior court raising IAC claims, this does not have to include issues raised on appeal, but is a separate proceeding. Issues raised in a federal habeas petition may only include claims previous raised in the California Supreme Court.

If you have any further questions, please write me.

Very truly yours,

MICHAEL B. McPARTLAND
Attorney at Law

MBM/mc

Andre Booker P30521
P.O. Box 290066
Represa, Ca 95671

Exhibit XV

11/20/07

Re: FV1023321

Attention Ms. Kershaw,
I am contacting you again requesting
that you turn over the case file, which
held the discovery material. I appreciate
your cooperation. Thank you.

Respectfully
Andre Booker
Andre Booker

*Law Office of*

## MICHAEL B. McPARTLAND
**P.O. Box 13442**
**Palm Desert, CA 92255**

---

*(760) 772-8265*

December 1, 2007

Andre Ledon Booker  F-30521
P.O. Box 290066
Represa, CA  95671-0066

Dear Mr. Booker:

I regret to inform you that the Supreme Court has denied your petition for review. I am sorry. This ends your appeal unless you want to proceed on your own in the Federal Court system.

If you have any further questions, please write me.

Very truly yours,

MICHAEL B. McPARTLAND
Attorney at Law

MBM/mc
Encl

Andre Booker E30521
P.O. Box 290066
Represa, Ca 95671

12/7/07

Re: E040552

Attention Mr. Mc Partland,
    Would you pursue those issues, which you
Raised in the petition for Review and in
addition Raise the issue of IAC on the
Federal level? Please inform me of your
decision as soon as possible. Thank you

Respectfully

Andre Booker

Exhibit XVIII

*Law Office of*

### MICHAEL B. McPARTLAND
**P.O. Box 13442**
**Palm Desert, CA 92255**

*(760) 772-8265*

December 15, 2007

Andre Ledon Booker  F-30521
P.O. Box 290066
Represa, CA  95671-0066

Dear Mr. Booker:

This letter is in response to your letter dated December 7, 2007.

I do <u>not</u> practice law in the federal courts. However, it is my understanding that you can raise issues in the federal district court by filing a petition for the writ of habeas corpus that were raised in the petition for review in the California Supreme Court and involved violations of the United States Constitution. So, I believe you could raise the same issue that I raised in the petition for review in the federal courts.

Very truly yours,

MICHAEL B. McPARTLAND
Attorney at Law

MBM/mc

Andre Booker P30521
P.O. Box 290066
Represa, Ca 95671

Exhibit XIX

12/20/07

Re: fv1023321

Attention Ms. Kershaw,

I Request that you send a copy of the case file and the discovery material as soon as possible. As I need these documents, inorder to have an investigation conducted, so that I can pursue an appeal. Thank you.

Respectfully
Andre Booker

Andre Booker

Andre Booker #30521
P.O. Box 290066
Represa, Ca 9567

Exhibit XX

1/7/08

Dear Sharon, How are you and the rest of the family back there? I pray you and all are well. I tried calling earlier in the week. In hopes to speak with you concerning the matter of my previous lawyer Ms. Kershaw. I need you to call her at 760)955-1700, and ask her to send me a copy of the case file and the discovery material as soon as possible. I'll try to call again next week. If for some reason I dont catch you, write me and let me know what happened when you contacted the attorney. Alright Big Mama I'll be in touch. Love you

                    Andre

Andre Booker P 3052
P.O. Box 290066
Represa, Ca 95671

Exhibit <u>XXI</u>

1/10/08

Re: Inquiry Number 0727391

Attention Chief Trial Counsel

In October of 07, I wrote to you Requesting certain information Regarding the arrest of Ms. Kershaw, and the arresting agency. To which there has been no Response. Also I contacted Ms. Kershaw, via the mail on several occasions with Request for the case file and discovery material. To which there has been no Response. Therefor I ask that I be provided the information Regarding the arrest, the arresting agency and that Ms. Kershaw, be contacted with Regards to turning over the case file and the discovery material to me, Thank you.

Respectfully
Andre Booker

Exhibit XXII                    Jan 20-08

Hi André

Hope you are well when this letter reaches you, I cry all the time because you dont deserve to be there, I got your letter the other day and called that number you gave me for your attorney Ms. Kershaw, That number is not working. Check to see if that was the right number and write me back as soon as you can, I love and miss you,

Big Mama Sharon

P.S. The number I have is 760 955-1700.

Andre Booker #30521
P.O. Box 290066
Represa, Ca 95671

Exhibit XXIII

1/27/08

Re: Case file, #v1 023321

      Attention Mr. Stemel,
   Please send me copy of the discovery material, which was provided to you by Ms. Kershaw, and that which you developed during the course of your investigations. Thank you

                  Respectfully
                  Andre Booker
                  Andre Booker

Andre Booker B-23570
P.O. Box 290066
Represa, Ca 95671

Exhibit XXIV

1/28/08

Re: fv1023321

    Attention Judge John Tomberlin,
I would Care to Request a copy of the
Case file and the discovery material.
Thank you,

                        Respectfully
                        Andre Booker
                        Andre Booker

Andre Booker £30521
P.O. Box 290066
Represa, Ca 95671

Exhibit XXV

2/9/07

Hey Sharon, how are you and the family? I hope you and everyone are at their best. Listen I haven't heard back from the attorney, the State Bar, the Judge nor the private investigator Steve, I wrote them all asking for a copy of the case file and the discovery material, So I can have an investigation conducted to locate the witnesses who can verify I was in their company during the time of the incident, I need you to Call Steve Stremel, for me at 760) 963-5877, ask him to send me a copy of all the discovery material he has with regards to my case, Here is the case number FVI023321, Tell him to send these documents Right away, as Im in the appeal process and working with a limited amount of time. Thank you.

Love you
Andre

Exhibit XXVI

Feb 29-08

Hi Andre
I got your letter and were so
happy to hear from you. I wrote
and told you about my phone they
put a block on it provides I move
next month I'll try to get it off. I
took care of that business for you and
that man Steve said he doesn't work for
those people anymore so he gave me another
no. and I called there it's called the Conflict
Panel and you will have to write them
for your information. The address is
Conflict Panel, 14420 Civic Dr. Suite #8
Victorville Calif. 92392. And I called the
Chief trial Council and I had to faxe them
your letter that said that you give me the
permission to ask about your Claim and
they said they would call me back but
I have not heard anything from them saw
their fax no is (213-705 1168. That's why
I haven't wrote back yet, but I've call
them everyday until someone tells me
something, Well you know al went back
to District and your mom is taking it
real hard he said he could not do it

(3,

As soon as possible that would be great. Cecil & Larsa said you called but they were at work you have to call if possible in the daytime. Dave is off on Thursdays & Fridays. Well I guess I'll close now but I'll write you as soon as I hear from the Chiq Cowryd.

I love you.

Big Mama
(Ahron)

Andre Booker P30521
P.O. Box 290066
Represa, Ca 95671

Exhibit XXVII

3/13/06

Re: PV1023321

    Attention Conflict Panel,
    I, Andre Ledon Booker, was Represented by
Gina Kershaw, a member of the conflict panel
during 05 and 06. I am in the appeal process
and in need to conduct an investigation. I
have Repeatedly Requested that Ms. Kershaw turn
over the case file and discovery material as
soon as possible. To no avail. I am under the
(AEDPA) Antiterrorism and Effective Death Penalty
Act time constraints. With (300) three hundred
days left to pursue an appeal on the federal
level. I was informed by Private Investigator
Steve Stremel that your department has a copy
of the case file and the discovery material.
Therefor I Request that I be provided a copy
of those discovery documents, inorder to have
an investigation conducted and that I can
adequately pursue an appeal. Thank you for
your cooperation.
                        Respectfully
                        Andre Booker
                        Andre Booker

Exhibit XXVIII

1  Andre Ledon Booker, P30521
2  P.O. Box 290066, B1-108
3  Represa, Ca 95671
4  Petitioner In Pro Se
5
6
7
8
9          In The Superior Court Of
10   California County Of San Bernadino
11            Victorville Branch
12
13  Andre Ledon Booker,        ) Case No. FVI023321
14            Petitioner,      ) Petitioner Request
15                             ) Court To Issue
      V.                       ) An Order For
16  People Of The State Of California,  ) Case File And
17            Respondent       ) Waiver Of Court
18                             ) Fees And Costs
                               ) Ex parte:
19    To The Honorable Judge John
20  Tomberlin.
21  Notice is hereby given that on the date
22  determined by the Court, or as soon
23  thereafter. As the matter may be heard
24  in Department v-2 of the above en-
25  titled Court. The petitioner, Andre Ledon
26  Booker, will move the Court for an
27  order. Directing the Court Clerk
28  to provide petitioner with a Copy

                    (1.)

1   Of the Requested Case file. Which was
2   previously used by the deputy district
3   attorney David Foy. And the attorney
4   Of Record Gina Keeshaw as materials
5   of discovery in Case number FVI023321.
6        This motion is based upon this notice,
7   Petitioners appellate Rights, the files and
8   Records of this Case. Along with petitioners
9   declaration and any evidence or arguments
10  to be presented at the hearing. According
11  to California Rules of Court 33(a) and 35(b).

12
13  Dated April 10, 2008                    _____
14                                           Andre Booker
15
16
17
18
19
20
21
22
23
24
25
26
27
28




# Superior Court of California
# County of San Bernardino

### VICTORVILLE DISTRICT – CRIMINAL DIVISION
14455 Civic Drive
Victorville, CA 92392

TRESSA S. KENTNER
COURT EXECUTIVE OFFICER

PHONE  (760) 245-6215
FAX  (760) 243-8794

04/15/08

Andre Booker #P30521
PO Box 290066, B1-108
Represa  CA  95671

RE:  enclosed documents for FVI023321

Your documents are being returned as there was not a proof of service for the District Attorneys' office for the hearing date. You will have to choose a new date when you send the documents again.

Sincerely,

Marcia S. Ramirez
LPAII

Andre Booker P30521
P.O. Box 290066
Represa, Ca 95671

Exhibit XXX

4/15/08

Re: FV1023321

Attention Conflict Panel

This is the second Request for the case file and discovery material. I would appreciate a Response. As I need these materials to have an investigation conducted to locate witnesses who can verify I was in their company during the time of the incidents. Thank you,

Respectfully

Andre Booker

Andre Booker &30521
P.O. Box 290066
Represa, Ca 95671

Exhibit XXXI

4/21/08

Re: FV1023321

Attention Christina Rodriguez,
I, Andre Booker, have made several
contacts via the mail with your depart-
ment. Requesting the case file and discovery
material. I was informed that you were
or are the file manager. Therefor would
you provide a copy of the case file and
the discovery material at cost to me?
Please notify me of your decision as soon as
possible. Thank you.

Respectfully
Andre Booker
Andre Booker

Andre Booker #305521
P.O. Box 290066
Represa, Ca 95671

Exhibit XXXII

4/24/08

Re: Fv1023321

Attention Clerk,

I am Resubmitting this motion for case file and discovery material, with the Requested corrections. Thus I ask that this motion be filed. Thank you.

Respectfully

Andre Booker



**THE STATE BAR**
**OF CALIFORNIA**

OFFICE OF THE CHIEF TRIAL COUNSEL
INTAKE

1149 SOUTH HILL STREET, LOS ANGELES, CALIFORNIA 90015-2299

TELEPHONE: (213) 765-1000
TDD: (213) 765-1566
FAX: (213) 765-1168
http://www.calbar.ca.gov

April 29, 2008

Andre Booker
F30521
P.O. Box 290066
Represa, CA 95671

RE:    Inquiry Number:    08-14225
       Respondent:       Gina L. Kershaw

Dear Mr. Booker:

You have complained that Gina L. Kershaw has been discharged and not returned your documents to you. Your complaint concerns us. However, it is hoped that bringing your complaint to the attorney's attention will resolve this matter.

We have advised the attorney to contact you within ten (10) working days from the date of this letter, regarding the availability of your client file. Under the Rules of Professional Conduct, the attorney is not required to mail or deliver the file to you. Whether you, or a designee, pick up the file from the attorney's office or the attorney mails the file to you, is a decision to be made between you and the attorney.

Should the attorney fail to contact you within the specified time, please recontact the State Bar. At that time, we will determine if further action is needed.

At this time, your complaint file is being closed, without prejudice.

Very truly yours,

Lisa McGeo
Paralegal

/lm



# Superior Court of California
# County of San Bernardino



### VICTORVILLE DISTRICT – CRIMINAL DIVISION
### 14455 Civic Drive
### Victorville, CA 92392

TRESSA S. KENTNER
COURT EXECUTIVE OFFICER

PHONE (760) 245-6215
FAX (760) 243-8794

05/07/08

Andre Booker #F-30521
PO Box 290066, CSP-SAC
Represa CA 95671

Re: Petition on case FVI023321

This is to notify you that a copy of the petition has been sent to your appellate attorney, Richard Schwartzberg.

Sincerely,

Marcia S. Ramirez
LPAII

Andre Booker P30052
P.O. Box 290066
Represa, Ca 95671

Exhibit XXXV

5/14/08,

Re: fvi 023321

        Attention Mr. Schwartzberg,
  I was informed by the Victorville Superior
Court Clerk Marcia Ramirez, That the motion
I submitted for case file and discovery ma-
terial was forwarded to you, I therefor
Request that you inform the Superior Court
and the Clerk that you are not my attor-
ney and that you have never Represented
Me at any time. Thank you.

                    Respectfully
                    Andre Booker

Andre Booker £30521
P.O. Box 290066
Represa, Ca 95671

Exhibit XXXVI

5/15/08

Re: FVI023321

Attention Ms. Ramirez,
I, submitted a motion for case file and discovery material with the Victorville Superior Court. I am the attorney of Record proceeding in pro se. I have no appellate attorney. Richard Schwartzberg has never represented me. I therefor request that a hearing date be set, to hear the motion for case file and discovery material, Thank you.

Respectfully

_Andre Booker_
Andre Booker

Andre Booker #305521
P.O. Box 290066
Represa, Ca 95671

Exhibit XXXVII

5/15/08

Re: fv1023321

Attention Ms. Kershaw,

I was Contacted by the California State Bar. Who informed me that you were advised to Contact me Regarding the availability of the Client file. I would care to make arrangements as soon as possible to Retrieve the Case file. You can either Contact me or my aunt Loena Radley at 760) 947-5374, Concerning the arrangements. Thank you,

Respectfully

Andre Booker

Andre Booker #30512
P.O. Box 290066
Represa, Ca. 95671

Exhibit XXXVIII

5/21/08

Re: 08-14225

Attention Ms. McGreo,
    I wrote Ms. Kershaw, several letters
Requesting that she contact me with
the arrangements making the case file
available. I have not as of this writting Re-
ceived a Response. I therefor Request that
Ms. Kershaw, be contacted again Regarding
Making the case file available as soon as
possible. Would you have Ms. Kershaw, turn the
case file over to your department. That I
could Retrieve the case file from you? Thank
you.

                              Respectfully
                              Andre Booker
                              _____
                              Andre Booker



# Superior Court of California
# County of San Bernardino

### VICTORVILLE DISTRICT – CRIMINAL DIVISION
**14455 Civic Drive**
Victorville, CA 92392



TRESSA S. KENTNER
COURT EXECUTIVE OFFICER

PHONE (760) 245-6215
FAX (760) 243-8794

05/27/08

Andre Booker #P30521
PO Box 290066
Represa CA 95671

Re: FVI023321 –waiver of costs

Your correspondence was resubmitted to Judge Tomberlin. It was denied again as fee waivers are in the jurisdiction of the Court of Appeals when you are pro per.

Sincerely,

Marcia S. Ramirez
LPAII

Exhibit xxxx

Andre Ledon Booker
P.O. Box 290066
Represa, Ca 95671
Plaintiff In Pro Se

In The Superior Court Of California
County Of San Bernadino
Victorville Branch

| | |
|---|---|
| Andre Ledon Booker, Plaintiff, | Case No: FVI023321 |
| v. | Plaintiff's Notice Of Supplemental motion To Withdraw |
| People Of The State Of California Defendant. | Order For Waiver Of Court Fees And Cost. |

TO The Honorable Judge John Tomberlin.

Notice is hereby by given that on the date to be determined by the court, That this matter be heard in department v-2. Plaintiff Andre Ledon Booker, Will Move the Court with a Supplemental motion. Requesting

(1.)

1  this Court to allow plaintiff to
2  withdraw the previous order direc-
3  ting the Court Clerk to prepare
4  a Copy of plaintiffs Case file
5  without Cost or fee. Plaintiff de-
6  Clares that he is now able to pay
7  the Cost for a Copy of plaintiffs
8  Case file and as such no longer
9  Request this Court to issue an
10  Oder waiving fees. Plaintiff there-
11  fore Request that this Court
12  issue an order directing the
13  Clerk to prepare a Copy Of plain-
14  tiffs Case file at plaintiffs
15  expense.
16      Wherefore, Plaintiff Respectfully
17  Request that this Supplemental Motion
18  for Case file be granted.
19
20
21                      Respectfully Submitted
22
23
24  Dated: 6-02-08
25
26                      _____
                              Plaintiff
27
28                 (2.)

Andre Booker 8-21521
P.O. Box 290066
Represa, Ca 95671

Exhibit XXXXI

6/2/08

Re: FV1023321

Attention MR. Mc Partland,
I have Contacted the trial attorney Ms.
Kershaw, with a series of Request for
the Case file and discovery material over
a eight Month period. The State Bar has advised
Ms. Kershaw, to turn over the case file. I
have Submitted a motion to the Victorville
Superior Court for the Case file. All to no
avail. Therefor I ask would you Contact Ms.
Kershaw, Regarding the case file, to Retrieve
it on my behalf? I will pay the cost of
Shipping on both ends. Thank you.

Respectfully

Andre Booker

Andre Booker

Exhibit XXXXII

The Law Office Of

# RICHARD L. SCHWARTZBERG

*601 Van Ness Avenue, Suite E-728, San Francisco, California 94102*

June 7, 2008

Mr. Andre Booker
CDC number P-30521
New Folsom State Prison
Post Office Box 290066
Represa, California 95671-290066

Dear Mr. Booker:

I did not receive anything from the clerk. Please redirect
your correspondence to your appellate or trial attorney.

Sincerely,

RICHARD SCHWARTZBERG

RLS/p

Voice (714) 293-1718                    RichardSchwartzberg@Hotmail.com

*Law Office of*

**MICHAEL B. McPARTLAND**
**P.O. Box 13442**
**Palm Desert, CA 92255**

Exhibit XXXXIII

*(760) 772-8265*

June 7, 2008

Andre Ledon Booker  F-30521
P.O. Box 290066
Represa, CA  95671-0066

Dear Mr. Booker:

You need to contact your trial attorney or the State Bar to get your trial attorney's file. The appeal is over, and I am no longer representing you.

Very truly yours,

MICHAEL B. McPARTLAND
Attorney at Law

MBM/mc

Exhibit XXXXIV



# Superior Court of California
# County of San Bernardino

### VICTORVILLE DISTRICT – CRIMINAL DIVISION
**14455 Civic Drive**
**Victorville, CA  92392**

TRESSA S. KENTNER
COURT EXECUTIVE OFFICER

PHONE  (760) 245-6215
FAX  (760) 843-1754

June 11, 2008

Andre Ledon Booker
P. O. Box 290066
F30521, B3102
Represa, CA  95671

Re: FVI023321

Dear Mr. Booker;

We have received your motion to withdraw order for waiver of court fees and costs for copies of your file.  No order from the Court is necessary for the clerk's office to provide you copies of your file.

Please specify which documents you require us to copy and we will count the pages giving you a total amount due at a rate of $.50 a page.

If you should have any questions please contact the court at the number above.

Sincerely,

Joy L Colly
LPAII
Criminal Dept.

Andre Booker 830152
P.O. Box 290066
Represia, Ca 95671

Exhibit XXXXV

6/26/08

Re: 08-14225

Attention Lisa Mc Gro,
I have contacted Ms. Kershaw, with a series of Request for the case file and discovery material. That I can have an independent investigation conducted to locate several witnesses and to have evidence examined and or analyzed. That I can continue on in the appellate process on the federal level. Therefor I ask that further action be taken against Ms. Kershaw, in effort to have Ms. Kershaw, produce the case file and discovery material as soon as possible. Thank you,

Respectfully
Andre Booker
Andre Booker

Andre Booker f305321
P.O. Box 290066
Represa, Ca 95671

Exhibit <u>XXXXVI</u>

7/8/08

Re: Pv1023321

Attention Joy Colly.

I Received your notification of the
cost for the documents in the case
file. However I need an itemized list
of what documents are in the file and
a number count of the pages. Thank you

Respectfully

Andre Booker

```
OTSCASPRT      SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
  7/14/08                      CASE PRINT                              Page:    1
```
--------------------------------------------------------------------
```
CASE NUMBER:    FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                 ARREST DATE ....: 8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                     Defn :  1 of    2
===========================================================================
           Date Filed : 01/17/06

 District Attorney : DAVID FOY                 Continuances:          3
 Defense  Attorney : CONFLICT PANEL-BY GINA KERSHAW   Age in Days :        105
 Custody Status ...: INCUSTODY  - Bail:    500,000.00  Last Trial .: 04/01/06
```

Charge Information
--------------------

| Ct | | | | Plea | Status Sev |
|----|----|----|----|----|----|
| 001 | ARREST | 211 PC | ROBBERY | None | F |
| | | | | | |
| 001 | INFOR | 211 PC (2nd) | ROBBERY | NG | Convict F |
| 002 | INFOR | 245(A)(2) PC | ASSAULT WITH FIREARM ON PERSON | NG | Acquitt F |
| 003 | INFOR | 664/215(A) PC | ATTEMPTED CARJACKING | NG | Acquitt F |
| | DH | 12022.53(B) PC | USED FIREARM DURING FELONY | Deny | Stricken |
| | UG | 12022.5(A) PC | USED A FIREARM | Deny | Stricken |
| 004 | INFOR | 12021(A)(1) PC | FELON/ADDICT/ETC POSSESS FIREA RM | NG | Convict F |
| | INFPR1 | 667(A)(1) PC | SERIOUS FELONY WITH PRIOR CONV OF FOR SERIOUS FELONY | Deny | True F |
| | INFPR2 | 667(A)(1) PC | SERIOUS FELONY WITH PRIOR CONV OF FOR SERIOUS FELONY | Deny | True F |
| | INFPR3 | 667(A)(1) PC | SERIOUS FELONY WITH PRIOR CONV OF FOR SERIOUS FELONY | Deny | True F |
| | INFPR4 | 667(A)(1) PC | SERIOUS FELONY WITH PRIOR CONV OF FOR SERIOUS FELONY | None | True F |
| | | 1170.12(A)-(D) | P ALLEGED PRIOR/STRIKE | | |
| | | 1170.12(A)-(D) | P ALLEGED PRIOR/STRIKE | | |
| | | 1170.12(A)-(D) | P ALLEGED PRIOR/STRIKE | | |
| | | 1170.12(A)-(D) | P ALLEGED PRIOR/STRIKE | | |
| | | 1170.12(A)-(D) | P ALLEGED PRIOR/STRIKE | | |
| | | 1170.12(A)-(D) | P ALLEGED PRIOR/STRIKE | | |
| | | 1170.12(A)-(D) | P ALLEGED PRIOR/STRIKE | | |
| | | 1170.12(A)-(D) | P ALLEGED PRIOR/STRIKE | | |
| | | 1170.12(A)-(D) | P ALLEGED PRIOR/STRIKE | | |

Disposed Cases
--------------

| Case Number | Expires | Convicted/Warrant Charges | Status |
|----|----|----|----|
| FVI022315 | 00/00/00 | | Closed |
| 705319AB | 00/00/00 | I22350 VC | Closed |
| 28398VSAB | 00/00/00 | | Closed |

```
OTSCASPRT        SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
  7/14/08                        CASE PRINT                          Page:     2
```
------------------------------------------------------------------
```
CASE NUMBER:        FVI023321              DEFENDANT STATUS: Active
ARREST NBR :                              ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                      Defn :  1 of   2
```
==================================================================
```
TTP Status       Fine Amount        Amount Paid       Amount Due   Date To Pay
N/A                                                                  00/00/00
```

Case Action Information
-----------------------
```
Action   Div   Description                                  Status
               --------------------------
  6/11/08      Letter dated 06/02/2008 received from DEFENDANT
               re: COPIES
               --------------------------
  5/27/08      IS IN JURISDICTION OF COURT OF APPEALS
               --------------------------
               DEFT NOTIFIED HIS TYPE OF REQUEST
               --------------------------
  5/21/08      Letter dated 05/19/2008 received from DEFT re:
               PREVIOUS CORRES
               --------------------------
  5/07/08      REFERRED TO APPELLATE ATTY-DEFT NOTIFIED
               --------------------------
               PER JUDGE TOMBERLIN DEFT'S PETITION
               --------------------------
  5/02/08      FEES & COSTS FILED 05/01/08
               --------------------------
               AN ORDER FOR CASE FILE & WAIVER OF COURT
               --------------------------
               PETITIONER'S REQUEST FOR COURT TO ISSUE
               --------------------------
  4/15/08      WAS NOT A PROOF OF SERVICE FOR DA
               --------------------------
               RETURNED CORRES TO DEFT AS THERE
               --------------------------
  1/28/08      deft atty notified
               --------------------------
  1/02/08      REMITTITUR RECEIVED AND SENT TO DEPARTMENT V2
               --------------------------
 12/13/07      Case sent to: LONETTE'S DESK.
               --------------------------
 12/06/07      Remittitur Filed.
               --------------------------
               Forwarded REMITTITUR to VICTORVILLE
               --------------------------
  9/21/07      OPINION RECEIVED AND SENT TO DEPARTMENT V2
               --------------------------
  8/30/07      Forwarded OPINION to  VICTORVILLE COURTHOUSE
               --------------------------
  8/28/07      Opinion filed
               --------------------------
  4/20/07      CERTIFIED COPY OF PRIOR PKT SENT TO D.O.C..
               --------------------------
 12/04/06      Court Initiated 8715 Printed.
               --------------------------
```

OTSCASPRT          SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
  7/14/08                            CASE PRINT                              Page:      3

--------------------------------------------------------------------------------
CASE NUMBER:      FVI023321                     DEFENDANT STATUS: Active
ARREST NBR :                                    ARREST DATE ....:   8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                        Defn :   1 of    2
================================================================================

10/10/06          Order for Augmentation of the Record on Appeal
                  received from the Court of Appeal. ***
                  -------------------------
 8/17/06          Case sent to: CASE FILED IN FAT FILES BY COPIER.
                  -------------------------
 8/07/06          RECORD ON APPEAL SENT TO ALL PARTIES.
                  -------------------------
                  Notice of delivery and certification of
                  transcripts on appeal filed.
                  -------------------------
                  Case sent to: victorville/criminal.
                  -------------------------
 8/03/06          Reporter's Transcript on Appeal and bill received
                  on this date.
                  -------------------------
 8/02/06          CPYS OF EXBS SENT TO APPEALS/JOSEPHINA
                  -------------------------
 7/06/06          Received Appointment of MICHAEL B. McPARTLAND as
                  Appellant's Counsel.
                  -------------------------
 6/13/06          Case sent to: appeals via courior on 061606.
                  -------------------------
 6/07/06          CERTIFIED COPY OF AMENDED MINUTE ORDER & ABSTRACT
                  SENT TO DOC.
                  -------------------------
 6/06/06 V2       RESTITUTION HEARING                              Dispo
                  JUDGE JOHN M TOMBERLIN
                  Clerk DeeAnn Mattke
                  Reporter SHAWNA MANNING
                  Deputy District Attorney DAVID FOY present.
                  Attorney CONFLICT PANEL-BY GINA KERSHAW present.
                  Defendant present in custody.
                  -
                  PROCEEDINGS
                  Court has read and considered Probation Memo
                  dated 06/06/2006
                  -
                  MOTIONS
                  PEOPLE'S Motion TO ORDER RESTITUTION is GRANTED.
                  Restitution fine imposed in the sum of $50471.46
                  pursuant to 1202.4PC, payable to the victim
                  REGINA CHHINA to be collected by Department of
                  Corrections.
                  Restitution fine imposed in the sum of $140.00
                  pursuant to 1202.4PC, payable to the victim
                  VICTIM COMPENSATION BOARD to be collected by
                  Department of Corrections.
                  JOINT & SEVERAL AS TO EACH DEFENDANT
                  COURT RETAINS JURISDICTION ON ANY REMAINING
                  RESTITUTION PURSUANT TO PC1202.46
                  -

SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
CASE PRINT

--------------------------------------------------------------------

CASE NUMBER:    FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                 ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                       Defn :  1 of    2
====================================================================

```
                    CUSTODY STATUS
                    Case Custody - State Prison
                    Probation Office notified.
                    ============= MINUTE ORDER END ================
                    -------------------------
  6/02/06           PROBATION OFFICER'S MEMO FILED 06/02/2006.
                    -------------------------
                    Case sent to: V2 FOR 6-6-06.
                    -------------------------
           V2       RESTITUTION HEARING                          Dispo
                    JUDGE JOHN M TOMBERLIN
                    Clerk Vickie Lovasco
                    Reporter SHAWNA MANNING
                    Deputy District Attorney DAVID FOY present.
                    Attorney CONFLICT PANEL-GINA KERSHAW BY J SPRING
                    present.
                    Defendant in custody - Not transported.
                    -
                    PROCEEDINGS
                    STIPULATED Motion FOR CONTINUANCE is GRANTED.
                    -
                    DEFENDANT'S PRESENCE WAIVED FOR TODAYS HEARING SO
                    THAT COURT AND COUNSEL MAY DISCUSS ISSUE OF
                    VICTIM'S PRESENCE ON 6-6-06 - VICTIM PRESENT
                    -
                    HEARINGS
                    Hearing continued to 06/06/2006 at  8:30 in
                    Department V2.
                    Defendant ordered to appear on hearing date.
                    -
                    CUSTODY STATUS
                    Case Custody - State Prison
                    Commitment Issued (Pending)
                    ============= MINUTE ORDER END ================
                    -------------------------
  5/30/06           PROBATION OFFICER'S MEMO FILED 05/30/2006.
                    -------------------------
                    Forwarded MEMO to V2
                    -------------------------
  5/24/06           PRISON PACKET PREPARED/FORWARDED TO WEST VALLEY
                    DETENTION CTR FOR DELIVERY TO DEPT OF CORRECTIONS
                    -------------------------
                    ABSTRACT OF JUDGMENT-PRISON COMMITMENT FILED.
                    -------------------------
  5/23/06 V2        MOTION RE: CLARIFICATION OF SENTENCE          Dispo
                    JUDGE JOHN M TOMBERLIN
                    Clerk Vickie Lovasco
                    Reporter NOT REPORTED
                    Deputy District Attorney DAVID FOY present.
                    Attorney CONFLICT PANEL-GINA KERSHAW NOT present.
                    -
```

----------------------------------------------------------------------

CASE NUMBER:       FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                    ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                    Defn :  1 of    2
======================================================================

                   PROCEEDINGS
                   PEOPLE'S Motion TO CORRECT DA'S CLERICAL ERROR is
                   GRANTED.
                   -
                   DEFENDANT WAS SENTENCED ON 4 PRIORS - 4TH
                   PRIOR WAS NOT ON COMPUTER - 4TH PRIOR HAS
                   ADDED TO THE COMPUTER.
                   -
                   CUSTODY STATUS
                   Case Custody - State Prison
                   ============ MINUTE ORDER END ===============
                   -------------------------
                   Hardcopy DSL 290 Commitment Abstract Printed
                   -------------------------
   5/17/06         CLERK'S NOTIFICATION OF FILING OF NOTICE OF
                   APPEAL SENT.
                   -------------------------
                   Notice of Appeal Filed 05/17/2006
                   -------------------------
   5/16/06 V2      SENTENCING                                      Dispo
                   JUDGE JOHN M TOMBERLIN
                   Clerk Vickie Lovasco
                   Reporter DENISE STAKES
                   Deputy District Attorney DAVID FOY present.
                   Attorney CONFLICT PANEL-GINA KERSHAW present.
                   Defendant present in custody.
                   -
                   PROCEEDINGS
                   Action came on for MOTION TO STRIKE PRIORS.
                   COURT HAS READ AND CONSIDERED SUBMITTED
                   DOCUMENTS.
                   -
                   Argument presented by counsel for THE DEFENSE.
                   Argument presented by counsel for THE PEOPLE.
                   -
                   DEFENSE Motion TO STRIKE PRIORS is DENIED.
                   -
                   PROCEEDINGS
                   Court has read and considered Probation Officer's
                   Report.
                   Defendant waives formal arraignment for
                   pronouncement of judgment and states there is no
                   legal cause why judgment should not now be
                   pronounced.
                   Probation is DENIED and sentence is imposed as
                   follows:
                   -
                   FINDINGS/ADVISALS:
                   Court fully advises Defendant of Parole Rights.
                   Pursuant to Sect 13350 VC, the Court finds a
                   motor vehicle WAS used in the commission of the

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
CASE NUMBER:   FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                ARREST DATE ....: 8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                        Defn :  1 of   2
```
===============================================================================

offense specified in Count(s) 1
Court finds Defendant is NOT able to reimburse
the County for attorney fees.
The Court finds that the Defendant does not have
the present ability to pay the cost of conducting
the pre-sentence investigation and preparing ***
the report pursuant to Section 1203.1(b) of the
Penal Code. ***
Court finds that the defendant is NOT liable for
payment of booking fees.
The Court finds that the Defendant does not have
the ability to pay probation supervision fees
pursuant to Section 1203.1(b) of the Penal Code.
***
Pursuant to PC296(a)(1) the Sheriff is directed
to obtain the required samples from the defendant
unless the Sheriff verifies that a PC296 sample
has
been previously obtained from the defendant and
is currently on file.
Court orders buccal collection of DNA sample
pursuant to PC296
Weapon ordered disposed of pursuant to PC12028(a).
Restitution Fine imposed in sum of $10000.00
pursuant to 1202.4 PC, payable to Restitution
Fund to be collected by Department of
Corrections.
Restitution Fine imposed in the sum of $10000.00
pursuant to 1202.45 PC; stayed pending successful
completion of parole.
Court retains jurisdiction on issue of
restitution pursuant to PC1202.46.
-
SENTENCING INFORMATION
Sentenced per PC1170.12(c)(1) / 667(e)(1)
Sentenced per PC1170.12(c)(2) / 667(e)(2)
As to Count 1 the court imposes the indeterminate
sentence of 25 years to Life.
Principal count deemed Count # 1.
As to prior 1, the Court imposes 5 years and 0
months.
Prior # 1 to run consecutive to sentence imposed
in Count 1.
As to prior 2, the Court imposes 5 years and 0
months.
Prior # 2 to run consecutive to sentence imposed
in Count 1.
As to prior 3, the Court imposes 5 years and 0
months.
Prior # 3 to run consecutive to sentence imposed
in Count 1.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CASE NUMBER:     FVI023321                  DEFENDANT STATUS: Active
ARREST NBR :                                ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                         Defn :  1 of    2
=======================================================================
```

As to prior 4, the Court imposes 5 years and 0
months.
Prior # 4 to run consecutive to sentence imposed
in Count 1.
As to Count 4 the court imposes the indeterminate
sentence of 25 years to Life.
654 PC stay GRANTED on Count(s) 4.
Sentenced to State Prison for a total term of 45
years and 0 months.
Credit for timed served ( 197 actual + 29
conduct) for a total of 226 days.
-
DEFENSE Motion FOR BAIL is DENIED.
-
HEARINGS
Restitution Hearing set for 06/02/2006 at  8:30
in Department V2.
Defendant ordered to appear on hearing date.
-
REFERRAL
Referred to Probation Office for Memo re
Restitution.
-
CUSTODY STATUS
Case Custody - State Prison
Defendant remanded to the custody of the Sheriff
to be delivered to California Department of
Corrections at CHINO.
Probation Office notified.
==Minute Order changed or corrected by V LOVASCO
to dispo hearing; Changes made are as follows:
COURT REPORTER DENISE STAKES==
======MINUTE ORDER CORRECTED ON
06/01/2006==========
                     - - - - - - - - - - - - - - - - - - - - - - - - -
5/15/06          PROBATION OFFICER'S REPORT FILED 05/15/2006
                     - - - - - - - - - - - - - - - - - - - - - - - - -
                 PEOPLES OPPOSITION TO DEFT MTNS FILED
                     - - - - - - - - - - - - - - - - - - - - - - - - -
4/26/06          COPY OF letter SENT TO conflict panel.
                     - - - - - - - - - - - - - - - - - - - - - - - - -
                 Letter dated 04/17/2006 received from defendant
                 re: sentencing
                     - - - - - - - - - - - - - - - - - - - - - - - - -
4/25/06 V2       SENTENCING                                    Dispo
                 JUDGE JOHN M TOMBERLIN
                 Clerk Vickie Lovasco
                 Reporter SHAWNA MANNING
                 Deputy District Attorney DAVID FOY present.
                 Attorney CONFLICT PANEL-KALRRI GAHNAL present.
                 Defendant present in custody.

OTSCASPRT       SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
 7/14/08                            CASE PRINT                           Page:      8
--------------------------------------------------------------------------
CASE NUMBER:      FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                   ARREST DATE ....:   8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                         Defn :   1 of    2
==========================================================================
                         -
                         PROCEEDINGS
                         PROBATION'S Motion FOR CONTINUANCE is GRANTED.
                         -
                         HEARINGS
                         Hearing continued to 05/16/2006 at  8:30 in
                         Department V2.
                         Defendant ordered to appear on hearing date.
                         Defendant waives time for Sentencing.
                         -
                         CUSTODY STATUS
                         Case Custody - In Custody
                         Probation Office notified.
                         ============ MINUTE ORDER END ================
                         --------------------------
  4/20/06                PROBATION OFFICER'S MEMO FILED 04/20/2006.
                         --------------------------
                         Forwarded MEMO REQUESTING CONTINUANCE to V2
                         --------------------------
                         Forwarded request to v2
                         --------------------------
                         deft's request for dismissal filed
                         --------------------------
  4/18/06                MOTION TO STRIKE "STRIKE PRIORS" FILED 04/18/2006
                         --------------------------
  4/17/06                Case sent to: V2 FOR 4-25-06 HEARING.
                         --------------------------
  3/22/06                EXHIBITS/RECORDS RECEIVED 03/22/2006 FROM
                         COURTROOM CLERK
                         --------------------------
  3/16/06 V2             JURY TRIAL (DELIBERATIONS)                     Dispo
                         JUDGE JOHN M TOMBERLIN
                         Clerk Vickie Lovasco
                         Reporter SHAWNA MANNING
                         Deputy District Attorney DAVID FOY present.
                         Deputy Public Defender EARL SHINDER present
                         Defendant present in custody.
                         -
                         PROCEEDINGS
                         10TH DAY OF TRIAL.
                         -
                          8:50
                         Jury CONTINUES deliberations 8:50.
                         -
                         10:25
                         Court reconvenes; all parties present.
                         JURY PRESENT
                         -
                         10:27
                         VERDICT READ BY COURT CLERK
                         -

OTSCASPRT       SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
  7/14/08                        CASE PRINT                              Page:      9

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CASE NUMBER:      FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                   ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                         Defn :  1 of    2
==================================================================================
                    10:36
                    Polling of Jurors waived.
                    -
                    VERDICT
                    We the Jury in the above-entitled action, find
                    the defendant ANDRE BOOKER, GUILTY in Count 1, a
                    violation of Section 211 PC.
                    We the Jury in the above-entitled action, find
                    the Defendant, ANDRE BOOKER, NOT GUILTY, in Count
                    2, a violation of Section 245(A)(2) PC.
                    We the Jury in the above-entitled action, find
                    the Defendant, ANDRE BOOKER, NOT GUILTY, in Count
                    3, a violation of Section 664/215(A) PC.
                    We the Jury in the above-entitled action, find
                    the defendant ANDRE BOOKER, GUILTY in Count 4, a
                    violation of Section 12021(A)(1) PC.
                    -
                    Bench conference ON the record at 10:36.
                    Resume OPEN COURT10:39
                    -
                    10:39
                    COURT ASK JURORS TO WAIT IN THE HALL
                    -
                    10:39
                    Hearing held outside presence of the jury.
                    -
                    DEFENDANT CONFIRMS HIS REQUEST FOR A JURY TRIAL
                    REGARDING PRIORS.
                    -
                    JURORS ORDERED TO RETURN TO COURT AT 1:30.
                    ALTERNATE JURORS CONTACTED AND ORDERED TO RETURN
                    AT 1:30.
                    -
                    13:36
                    Action came on for JURY TRIAL AS TO PRIORS.
                    -
                    13:36
                    Court reconvenes, all parties present. All jurors
                    and alternate jurors are present and in their
                    places.
                    -
                    People's Exhibit(s) 85-DEPT OF CORRECTIONS PACKET
                    (969B) marked for identification.
                    People's Exhibit(s) 86-ABSTRACT OF JUDGMENT
                    marked for identification.
                    -
                    13:44
                    PEOPLE'S Case in Chief.
                    -
                    13:44
                    People's Witness KATIE KING sworn and testifies.

OTSCASPRT        SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
  7/14/08                            CASE PRINT                            Page:    10

--------------------------------------------------------------------------------
CASE NUMBER:     FVI023321                      DEFENDANT STATUS: Active
ARREST NBR :                                    ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                              Defn :  1 of    2
================================================================================
                      -
                      13:54
                      Witness KATIE KING excused.
                      -
                      13:35
                      People's Witness GARY BAILEY sworn and testifies.
                      -
                      Bench conference ON the record at 2:05.
                      Resume OPEN COURT 2:06
                      -
                      14:18
                      Witness GARY BAILEY excused.
                      -
                      14:18
                      PEOPLE REST.
                      -
                      People's Exhibit(s) 85 & 86 entered into evidence.
                      (SEE EXHIBIT LIST FOR DESCRIPTION)
                      -
                      14:21
                      Closing arguments presented by THE PEOPLE.
                      -
                      14:23
                      Closing arguments presented by THE DEFENSE.
                      -
                      14:25
                      Rebuttal by THE PEOPLE.
                      -
                      14:27
                      Court gives jury instructions.
                      -
                      14:32
                      Jury admonished and commences deliberations.
                      -
                      ALTERNATE JURORS REQUESTED TO WAIT IN THE
                      HALLWAY.
                      -
                      15:31
                      Court reconvenes, all parties present. All jurors
                      and alternate jurors are present and in their
                      places.
                      (ALTERNATE JURORS ARE PRESENT)
                      -
                      15:52
                      VERDICTS READ BY THE COURT (JUDGE TOMBERLIN)
                      -
                      Polling of Jurors waived.
                      -
                      15:55
                      Court gives jury instructions.
                      -

OTSCASPRT        SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
  7/14/08                        CASE PRINT                                    Page:      11

--------------------------------------------------------------------------
CASE NUMBER:      FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                   ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                          Defn :  1 of    2
==========================================================================

                 THE FOLLOWING VERDICTS WERE RETURNED BY THE
                 JURY (ALL THE ALLEGATIONS CANNOT BE PUT INTO THE
                 COMPUTER)
                 -
                 THE JURY HAS RETURNED WITH A VERDICT OF "TRUE"
                 AS TO THE FOLLOWING ALLEGATIONS:
                 -
                 SPECIAL ALLEGATION 1 AS TO COUNT 1 -A920019 PC
                 -
                 AS TO SPECIAL ALLEGATION 2 AS TO COUNT 1 -A920019
                 
                 AS TO SPECIAL ALLEGATION 3 AS TO COUNT 1 - A920019
                 -
                 AS TO SPECIAL ALLEGATION 4 AS TO COUNT 1- A0920019
                 -
                 AS TO SPECIAL ALLEGATION 5 AS TO COUNT 1 -A920019
                 -
                 AS TO SPECIAL ALLEGATION 6 AS TO COUNT 1 - A361033
                 -
                 AS TO SPECIAL ALLEGATION 7 AS TO COUNT 1 - A361033
                 -
                 AS TO SPECIAL ALLEGATION 8 AS TO COUNT 1 - A361033
                 
                 AS TO SPECIAL ALLEGATION 9 AS TO COUNT 1 A361033
                 -
                 AS TO SPECIAL ALLEGATION 10 AS TO COUNT 1-A361033
                 -
                 AS TO SPECIAL ALLEGATION 11 AS TO COUNT 1-A361033
                 
                 AS TO SPECIAL ALLEGATION 12 AS TO COUNT 1 -A196451
                 -
                 AS TO SPECIAL ALLEGATION 13 A TO COUNT 1 -A652247
                 -
                 AS TO SPECIAL ALLEGATION 14 AS TO COUNT 1-AG52247
                 
                 AS TO SPECIAL ALLEGATION 1 AS TO COUNT 4 - A920019
                 -
                 AS TO SPECIAL ALLEGATION 2 AS TO COUNT 4 - A920019
                 -
                 AS TO SPECIAL ALLEGATION 3 AS TO COUNT 4 - A920019
                 
                 AS TO SPECIAL ALLEGATION 4 AS TO COUNT 4 - A920019
                 -
                 AS TO SPECIAL ALLEGATION 5 AS TO COUNT 4 - A920019
                 -
                 AS TO SPECIAL ALLEGATION 6 AS TO COUNT 4 - A361033
                 
                 AS TO SPECIAL ALLEGATION 7 AS TO COUNT 4 - A361033
                 
                 AS TO SPECIAL ALLEGATION 8 AS TO COUNT 4 - A361033
                 -

---

CASE NUMBER:      FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                   ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                         Defn :  1 of   2
=======================================================================

                AS TO SPECIAL ALLEGATION 9 AS TO COUNT 4 - A361033
                -
                AS TO SPECIAL ALLEGATION 10 AS TO COUNT 4 -A361033

                -
                AS TO SPECIAL ALLEGATION 11 AS TO COUNT 4-A361033
                -
                AS TO SPECIAL ALLEGATION 12 AS TO COUNT 4 -A196451

                AS TO SPECIAL ALLEGATION 13 AS TO COUNT 4-A652247

                -
                AS TO SPECIAL ALLEGATION 14 AS TO COUNT 4 -A652247
                We the Jury find the Prior # 1 pursuant to
                Section 667(A)(1) PC, TRUE.
                We the Jury find the Prior # 2 pursuant to
                Section 667(A)(1) PC, TRUE.
                We the Jury find the Prior # 3 pursuant to
                Section 667(A)(1) PC, TRUE.
                We the Jury find the Prior # 4 pursuant to
                Section 667(A)(1) PC, TRUE.
                -
                HEARINGS
                Sentencing set for 04/25/2006 at  8:30 in
                Department V2.
                Defendant ordered to appear on hearing date.
                -
                REFERRAL
                Referred to Probation Office for presentence
                investigation and report.
                -
                CUSTODY STATUS
                Case Custody - In Custody
                Probation Office notified.
                ==Minute Order changed or corrected by V LOVASCO
                to dispo hearing; Changes made are as follows:
                INFORMATION RE-ENTERED BY CLERK'S OFFICE
                ==
                ======MINUTE ORDER CORRECTED ON
                05/22/2006==========
                --------------------------
3/15/06 V2      JURY TRIAL (DELIBERATIONS)                      Dispo
                JUDGE JOHN M TOMBERLIN
                Clerk Vickie Lovasco
                Reporter SHAWNA MANNING
                Deputy District Attorney DAVID FOY present.
                Attorney CONLFICT PANEL-GINA KERSHAW present.
                Defendant present in custody.
                -
                PROCEEDINGS
                9TH DAY OF TRIAL.
                -
                 8:35

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CASE NUMBER:     FVI023321               DEFENDANT STATUS: Active
ARREST NBR :                             ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                     Defn :  1 of    2
====================================================================
```

                    Voir Dire continues.
                    -
                     8:39
                    READ BACK BEGINS (COURT REPORTER SHAWNA MANNING)
                    -
                     9:23
                    READ BACK ENDS
                    -
                    10:13
                    Jury question(s) 2 .
                    -
                    10:18
                    READ BACK BEGINS (COURT REPORTER SHAWNA MANNING)
                    -
                    10:48
                    READ BACK ENDS
                    -
                    12:03
                    Recess declared FOR JURORS (LUNCH RECESS)
                    -
                    13:33
                    Voir Dire continues.
                    -
                    15:37
                    Court reconvenes; all parties present.
                    JURY PRESENT
                    -
                    Bench conference ON the record at 3:34.
                    -
                    Resume OPEN COURT 3:44
                    -
                    15:44
                    JURY SENT BACK TO DELIBERATE ON THE COUNT THAT
                    THEY DID NOT HAVE A VERDICT ON.
                    -
                    15:54
                    Recess declared FOR COURT AND COUNSEL
                    -
                    16:01
                    Court reconvenes; all parties present.
                    Jurors not present.
                    -
                    16:01
                    Jury question(s) 3 .
                    -
                    COURT AND COUNSEL DISCUSS JURY QUESTION #3
                    -
                    16:12
                    RESPONSE TO JURY QUESTION #3 SENT BACK TO THE
                    JURORS.
                    -

--------------------------------------------------------------------

CASE NUMBER:      FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                   ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                           Defn :  1 of    2
====================================================================

                   16:30
                   Recess declared FOR JURORS/COURT AND COUNSEL
                   -
                   HEARINGS
                   Hearing continued to 03/16/2006 at  8:30 in
                   Department V2.
                   Defendant ordered to appear on hearing date.
                   -
                   CUSTODY STATUS
                   Case Custody - In Custody
                   ============ MINUTE ORDER END ================
                   --------------------------
  3/14/06 V2       JURY TRIAL (IN PROGRESS)                        Dispo
                   JUDGE JOHN M TOMBERLIN
                   Clerk Vickie Lovasco
                   Reporter SHAWNA MANNING
                   Deputy District Attorney DAVID FOY present.
                   Attorney CONLFICT PANEL-GINA KERSHAW present.
                   Defendant present in custody.
                   -
                   PROCEEDINGS
                   8TH DAY OF TRIAL.
                   -
                   10:34
                   Court reconvenes, all parties present. All jurors
                   and alternate jurors are present and in their
                   places.
                   -
                   10:37
                   Closing arguments presented by THE PEOPLE.
                   -
                   11:29
                   Closing arguments presented by THE DEFENSE (DEFT
                   BOOKER-ATTY KERSHAW).
                   -
                   11:53
                   Recess declared; Jurors admonished.
                   -
                   13:30
                   Court reconvenes, all parties present. All jurors
                   and alternate jurors are present and in their
                   places.
                   -
                   13:30
                   Closing arguments presented by THE DEFENSE (DEFT
                   JOHNSON-DPD SHINDER).
                   -
                   14:00
                   Rebuttal by THE PEOPLE.
                   -
                   14:36

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CASE NUMBER:       FVI023321              DEFENDANT STATUS: Active
ARREST NBR :                             ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                         Defn :  1 of   2
===============================================================================
```

                    Court gives jury instructions.
                    -
                    14:54
                    Bailiff sworn.
                    Bailiff JASON PATRICK
                    -
                    14:55
                    Jury admonished and commences deliberations.
                    -
                    14:56
                    COURT INSTRUCTS ALTERNATE JURORS
                    ALTERNATE JURORS ARE TO BE AVAILABLE WITHIN
                    ONE HOUR NOTICE.
                    -
                    15:02
                    ALTERNATE JURORS EXCUSED
                    -
                    15:04
                    Recess declared 3:04
                    -
                    15:10
                    Recess declared FOR JURORS
                    -
                    15:25
                    Jury COMMENCES deliberations 3:25.
                    -
                    HEARINGS
                    JURY TRIAL (JURY DELIBERATION) continued to
                    03/15/2006 at  8:30 in Department V2.
                    Defendant ordered to appear on hearing date.
                    -
                    Jury question(s) 1 (4:20) .
                    -
                    Recess declared 4:30
                    -
                    CUSTODY STATUS
                    Case Custody - In Custody
                    ============ MINUTE ORDER END ================
                    --------------------------
    3/13/06 V2      JURY TRIAL (IN PROGRESS)                      Dispo
                    JUDGE JOHN M TOMBERLIN
                    Clerk Vickie Lovasco
                    Reporter SHAWNA MANNING
                    Deputy District Attorney DAVID FOY present.
                    Attorney CONFLICT PANEL-GINA KERSHAW present.
                    Defendant present in custody.
                    -
                    PROCEEDINGS
                    7TH DAY OF TRIAL.
                    -
                      9:18

OTSCASFRT       SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
  7/14/08                        CASE PRINT                        Page:     16

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CASE NUMBER:     FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                  ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                        Defn :  1 of    2
=================================================================================

                    Court reconvenes; all parties present.
                    Jurors not present.
                    -
                    2ND Amended Information filed.
                    Defendant pleads NOT GUILTY to all Counts.
                    -
                    People's Exhibit(s) 82-FINGER PRINT CARD (1
                    PRINT) marked for identification.
                    People's Exhibit(s) 83-FINGER PRINT CARD(MULTIPLY
                    PRINTS) marked for identification.
                    -
                     9:23
                    JURY PRESENT
                    -
                    Bench conference OFF the record at 9:24.
                    Resume OPEN COURT 9:24
                    -
                     9:25
                    People's Witness DEBORAH HARRIS sworn and
                    testifies.
                    -
                     9:51
                    Witness DEBORAH HARRIS excused.
                    -
                     9:52
                    People's Witness ALLEN MAXWELL sworn and
                    testifies.
                    -
                    10:00
                    Witness ALLEN MAXWELL excused.
                    -
                    10:01
                    People's Witness KATIE KING sworn and testifies.
                    -
                    10:21
                    Witness KATIE KING excused.
                    -
                    10:22
                    ORAL STIPULATION PLACED ON THE RECORD - DDA FOY
                    TO PREPARE STIPULATIONS IN WRITTEN FORM.
                    -
                    10:27
                    COURT GIVES LIMITING INSTRUCTION TO THE JURY.
                    -
                    10:29
                    PEOPLE REST.
                    -
                    10:30
                    Recess declared; Jurors admonished.
                    -
                    10:31

OTSCASFRT       SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
  7/14/08                              CASE PRINT                              Page:      17
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CASE NUMBER:      FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                   ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                          Defn :  1 of  2
========================================================================
              Court reconvenes; all parties present.
              Jurors not present.
              -
              Action came on for MOTION TO DISMISS CT3 (AS TO
              BOTH DEFENDANTS).
              -
              Argument presented by counsel for PEOPLE AND
              DEFENSE (BOTH DEFENDANTS).
              -
              DEFENSE Motion TO DISMISS CT3 (AS TO BOTH DEFTS)
              is DENIED.
              -
              10:42
              Recess declared 10:42
              -
              11:05
              Court reconvenes, all parties present. All jurors
              and alternate jurors are present and in their
              places.
              -
              11:05
              Opening Statements WAIVED by ATTY KERSHAW.
              -
              11:05
              DEFENSE (DEFT BOOKER-ATTY KERSHAW) Case in Chief.
              -
              11:06
              Defense Witness, MAYLEEN SANTIAGO is sworn and
              testifies.
              -
              Bench conference ON the record at 11:19.
              Resume OPEN COURT 11:22
              -
              Bench conference ON the record at 11:23.
              Resume OPEN COURT 11:25
              -
              People's Exhibit(s) 2D THROUGH 2H marked for
              identification.
              (SEE EXHIBIT LIST FOR DESCRIPTIONS)
              -
              11:57
              Recess declared; Jurors admonished.
              -
              13:37
              Court reconvenes, all parties present. All jurors
              and alternate jurors are present and in their
              places.
              -
              13:37
              Defense Witness MAYLEEN SANTIAGO resumes
              testimony, still under oath.

-------------------------------------------------------------------------

CASE NUMBER:     FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                  ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                        Defn :  1 of    2
=========================================================================

-
13:54
Witness MAYLEEN SANTIAGO excused.

-
13:55
DEFENSE (DEFT BOOKER-ATTY KERSHAW) REST.

-
13:55
Opening Statements WAIVED by DEFENSE (DEFT
JOHNSON-PD SHINDER).

-
13:55
DEFENSE(DEFT JOHNSON-PD SHINDER) Case in Chief.

-
13:55
Defense Witness, DETECTIVE RICK
MESSERSMITH(PREVIOUSLY SWORN) is sworn and
testifies.

-
13:55
Witness DETECTIVE RICK MESSERSMITH EXCUSED
subject to recall.

-
13:58
DEFENSE(DEFT JOHNSON-PD SHINDER) REST.

-
13:58
Rebuttal by THE PEOPLE.

-
15:58
People's Witness DETECTIVE RICK MESSERSMITH
recalled, still under oath.
-
Bench conference ON the record at 2:01.
Resume OPEN COURT 2:05

-
14:08
Witness DETECTIVE RICK MESSERSMITH excused.

-
NO REBUTTAL BY DEFENSE (DEFT'S BOOKER & JOHNSON)

-
14:41
Court gives jury instructions.

-
15:06
Recess declared; Jurors admonished.
(JURY TO RETURN AT 10:30 ON 3-14-06)

-
15:07
Hearing held outside presence of the jury.
-

OTSCASPRT        SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
  7/14/08                        CASE PRINT                              Page:    19
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CASE NUMBER:      FVI023321                      DEFENDANT STATUS: Active
ARREST NBR :                                     ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                               Defn :  1 of    2
=====================================================================
                    15:07
                    Recess declared 1512
                    -
                    People's Exhibit(s) 84-STIPULATION marked for
                    identification.
                    -
                    15:57
                    Court reconvenes; all parties present.
                    Jurors not present.
                    -
                    People's Exhibit(s) 2 THROUGH 2H entered into
                    evidence.
                    People's Exhibit(s) 7 7A 7B 7C 7E 7F entered into
                    evidence.
                    People's Exhibit(s) 9 entered into evidence.
                    People's Exhibit(s) 26 29 31 entered into
                    evidence.
                    People's Exhibit(s) 36 THROUGH 44 entered into
                    evidence.
                    People's Exhibit(s) 47 48 entered into evidence.
                    People's Exhibit(s) 51 THROUGH 56 entered into
                    evidence.
                    People's Exhibit(s) 64 67 entered into evidence.
                    People's Exhibit(s) 80 entered into evidence.
                    People's Exhibit(s) 81 82 83 84 entered into
                    evidence.
                    -
                    HEARINGS
                    Hearing continued to 03/14/2006 at 10:30 in
                    Department V2.
                    Defendant ordered to appear on hearing date.
                    -
                    Recess declared 4:19
                    -
                    CUSTODY STATUS
                    Case Custody - In Custody
                    ============ MINUTE ORDER END ================
                    -------------------------
    3/09/06         SECOND AMENDED INFORMATION FILED
                    -------------------------
          V2        JURY TRIAL (IN PROGRESS)                      Dispo
                    JUDGE JOHN M TOMBERLIN
                    Clerk Vickie Lovasco
                    Reporter SHAWNA MANNING
                    Deputy District Attorney DAVID FOY present.
                    Attorney CONLFICT PANEL-GINA KERSHAW present.
                    Defendant in custody not present in court.
                    -
                    PROCEEDINGS
                    6TH DAY OF TRIAL.
                    -

--------------------------------------------------------------------

CASE NUMBER:·      FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                   ARREST DATE ...·:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                         Defn :  1 of    2
====================================================================

              10:01
              Court convenes ALL PARTIES PRESENT WITH EXCEPTION
              OF DEFENDANT.
              Jurors not present.
              -
              Court and counsel review jury instructions.
              IN CHAMBERS OFF THE RECORD - COURT REPORTER
              WAIVED FOR REVIEW OF JURY INSTRUCTIONS.
              -
              12:00
              Recess declared 1200
              -
              13:30
              COURT AND COUNSEL CONTINUE REVIEW OF JURY·
              INSTRUCTIONS IN CHAMBERS·OFF THE RECORD.
              -
              16:00
              Recess declared 4:00
              -
              HEARINGS
              Hearing continued to 03/13/2006 at  9:00 in
              Department V2.
              Defendant ordered to appear on hearing date.
              -
              CUSTODY STATUS
              Case Custody - In Custody
              ============= MINUTE ORDER END ================
              --------------------------
3/08/06 V2    JURY TRIAL (IN PROGRESS)                         Dispo
              JUDGE JOHN M TOMBERLIN
              Clerk Vickie Lovasco
              Reporter SHAWNA MANNING
              Deputy·District Attorney DAVID FOY present.
              Attorney CONLFICT PANEL-GINA KERSHAW present.
              Defendant present in custody.
              -
              PROCEEDINGS
              5TH DAY OF TRIAL.
              -
               9:08
              Court reconvenes; all parties present.
              Jurors not present.
              -
              DPD SHINDER'S Motion THAT DDA FOY NOT WEAR DA
              LAPEL PIN                  is DENIED.
              -
              ARMY LT WILKERSON IS PRESENT IN COURT.
              COURT AND COUNSEL DISCUSS ISSUES REGARDING·
              ARMY STAFF SGT SHANNON PACAL.
              -
              ORAL STIPULATIONS PLACED ON THE RECORD·

---------------------------------------------------------------
```
CASE NUMBER:      FVI023321                DEFENDANT STATUS: Active
ARREST NBR :                               ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                    Defn :  1 of   2
```
===============================================================
```
              -
              Witness LT WILKERSON (3-13-06 AT 1:30) ordered to
              be present without further need of subpoena
              -
               9:57
              JURORS PRESENT
              -
               9:59
              People's Witness ROBERT GREENE sworn and
              testifies.
              -
              10:09
              Witness ROBERT GREENE excused.
              -
              10:10
              People's Witness GAIL BROWN sworn and testifies.
              -
              Bench conference ON the record at 10:19.
              -
              Resume OPEN COURT 10:20
              -
              10:34
              Witness GAIL BROWN excused.
              -
              10:34
              Recess declared; Jurors admonished.
              -
              QUESTION RECEIVED FROM JUROR IN SEAT #7.
              NO RESPONSE NECESSARY
              -
              People's Exhibit(s) 2A 2B 2C marked for
              identification.
              (SEE EXHIBIT LIST FOR DESCRIPTION)
              -
              Bench conference ON the record at 11:07.
              -
              Resume OPEN COURT 11:08
              -
              Bench conference ON the record at 11:12.
              -
              Resume OPEN COURT 11:13
              -
              11:14
              Witness MICHAEL REUVERS excused.
              -
              11:15
              People's Witness DEPUTY DARIN LANSDOWN sworn and
              testifies.
              Bench conference ON the record at 11:54.
              -
              Bench conference ON (WITH ALJ#4) the record at
```

OTSCASFRT      SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
  7/14/08                      CASE PRINT                              Page:     22

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER:     FVI023321                   DEFENDANT STATUS: Active
ARREST NBR :                                 ARREST DATE ....: 8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                      Defn :  1 of    2
==============================================================================

                    11:54.
                    Resume OPEN COURT 11:56
                    -
                    11:57
                    Recess declared; Jurors admonished.
                    -
                    13:48
                    Court reconvenes, all parties present. All jurors
                    and alternate jurors are present and in their
                    places.
                    -
                    13:48
                    People's Witness DEPUTY DARIN LANSDOWN resumes
                    testimony, still under oath.
                    -
                    14:29
                    Witness DEPUTY DARIN LANSDOWN excused.
                    -
                    14:29
                    People's Witness DEPUTY KARI KLAUS sworn and
                    testifies.
                    -
                    14:40
                    Witness DEPUTY KARI KLAUS excused.
                    -
                    14:41
                    People's Witness DEPUTY FERNANDO HERNANDEZ sworn
                    and testifies.
                    -
                    People's Exhibit(s) 7A 7B 7C 7D 7E 7F marked for
                    identification.
                    (SEE EXHIBIT LIST FOR DESCRIPTION)
                    -
                    People's Exhibit(s) 81-CA DEPT OF MOTOR VEHICLE
                    IMAGE marked for identification.
                    -
                    Bench conference ON the record at 2:50.
                    -
                    Resume OPEN COURT 2:53
                    -
                    15:10
                    Recess declared; Jurors admonished.
                    -
                    People's Exhibit(s) 6A-CA DRIVERS LICENSE-RUDOLPH
                    JOHNSON marked for identification.
                    -
                    15:33
                    Court reconvenes, all parties present. All jurors
                    and alternate jurors are present and in their
                    places.
                    -

-------------------------------------------------------------------
CASE NUMBER:      FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                  ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                        Defn :  1 of    2
===================================================================

People's Witness DEPUTY FERNANDO HERNANDEZ
resumes testimony, still under oath.
-
Bench conference ON the record at 3:36.
-
Resume OPEN COURT 3:38
-
15:44
Witness DEPUTY FERNANDO HERNANDEZ excused.
-
15:45
People's Witness DETECTIVE JOHN WICKUM sworn and
testifies.
-
15:50
Witness DETECTIVE JOHN WICKUM excused.
-
15:51
People's Witness DETECTIVE RICK MESSERSMITH sworn
and testifies.
-
16:26
Witness DETECTIVE RICK MESSERSMITH EXCUSED
subject to recall.
-
Bench conference ON the record at 4:26.
-
Resume OPEN COURT 4:31
-
16:33
Recess declared; Jurors admonished.
JURORS TO RETUN AT 9AM ON 3-13-06.
-
HEARINGS
Hearing continued to 03/09/2006 at  8:30 in
Department V2.
Defendant ordered to appear on hearing date.
-
CUSTODY STATUS
Case Custody - In Custody
============ MINUTE ORDER END ================
--------------------------
3/07/06 V2    JURY TRIAL (IN PROGRESS)                      Dispo
              JUDGE JOHN M TOMBERLIN
              Clerk Vickie Lovasco
              Reporter SHAWNA MANNING
              Deputy District Attorney DAVID FOY present.
              Attorney CONLFICT PANEL-GINA KERSHAW present.
              Defendant present in custody.
              -
              PROCEEDINGS

OTSCASERT      SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
   7/14/08                      CASE PRINT                    Page:    24

------------------------------------------------------------------------
CASE NUMBER:      FVI023321              DEFENDANT STATUS: Active
ARREST NBR :                            ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                       Defn :  1 of  2
========================================================================
                 4TH DAY OF TRIAL.
                 -
                 People's Exhibit(s) 11 THROUGH 72 marked for
                 identification.
                 (SEE EXHIBIT LIST FOR DISCRIPTION)
                 -
                 10:53
                 Court reconvenes; all parties present.
                 Jurors not present.
                 -
                 COURT RE-VISITS MOTION IN LIMIN REGARDING
                 CONFRONTATION CLAUSE.
                 -
                 COURT'S PREVIOUS RULING STANDS.
                 -
                 11:30
                 JURORS PRESENT
                 -
                 Court pre-instructs the jury.
                 -
                 11:55
                 Recess declared; Jurors admonished.
                 -
                 11:56
                 Court reconvenes; all parties present.
                 Jurors not present.
                 -
                 12:00
                 Recess declared 12:00
                 -
                 13:31
                 Court reconvenes; all parties present.
                 Jurors not present.
                 -
                 COURT RE-VISITS ISSUE OF SPONTANEOUS STATEMENTS
                 -
                 13:42
                 JURORS PRESENT
                 -
                 PEOPLE'S INVESTIGATING OFFICER PRESENT - DETECTIVE
                 MESSERSMITH.
                 -
                 13:43
                 Opening Statements GIVEN by THE PEOPLE.
                 -
                 13:59
                 Opening Statements RESERVED by ATTORNEY KERSHAW.
                 -
                 13:59
                 Opening Statements RESERVED by DPD EARL SHINDER.
                 -

```
--------------------------------------------------------------------
CASE NUMBER:     FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                  ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                          Defn :  1 of   2
====================================================================
```

Bench conference ON the record at 1:59.
-
Resume OPEN COURT 2:01
-
14:02
PEOPLE'S Case in Chief.
-
14:02
People's Witness RAGINA CHHINN sworn and
testifies.
-
15:06
Recess declared; Jurors admonished.
-
15:26
Court reconvenes; all parties present.
Jurors not present.
-
COURT AND COUNSEL DISCUSS QUESTIONS SUBMITTED
BY ALTERNATE JUROR #2 AND ALTERNATE JUROR #4.
-
COURT FINDS QUESTIONS REQUIRE NO RESPONSE.
-
15:32
JURORS PRESENT
-
People's Witness RAGINA CHHINN resumes testimony,
still under oath.
-
People's Exhibit(s) 73 THROUGH 79 marked for
identification.
(SEE EXHIBIT LIST FOR DISCRIPTION)
-
People's Exhibit(s) 80 marked for identification.
(SEE EXHIBIT LIST FOR DISCRIPTION)
-
16:03
Witness RAGINA CHHINN EXCUSED subject to recall.
-
16:04
People's Witness ANGELINE CRACCHIOLO sworn and
testifies.
-
16:23
Witness ANGELINE CRACCHIOLO excused.
-
16:25
Recess declared; Jurors admonished.
-
16:28
Court reconvenes; all parties present.

--------------------------------------------------------------
CASE NUMBER:      FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                   ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                              Defn :  1 of    2
==============================================================================
                    Jurors not present.
                    -
                    Witness GAIL BROWN & ROBERT GREEN (3-8-06 AT 9AM)
                    ordered to be present without further need of
                    subpoena
                    -
                    Witness DEPUTY KARI KLAUS (3-8-06 3PM) ordered to
                    be present without further need of subpoena
                    -
                    Witness DEPUTY DARIN LANSDOWN (3-8-06 9AM)
                    ordered to be present without further need of
                    subpoena
                    -
                    16:32
                    Recess declared 4:32
                    -
                    HEARINGS
                    Hearing continued to 03/08/2006 at  9:00 in
                    Department V2.
                    Defendant ordered to appear on hearing date.
                    -
                    CUSTODY STATUS
                    Case Custody - In Custody
                    ============ MINUTE ORDER END ================
                    --------------------------
 3/06/06 V2         JURY TRIAL (IN PROGRESS)                        Dispo
                    JUDGE JOHN M TOMBERLIN
                    Clerk Vickie Lovasco
                    Reporter SHAWNA MANNING
                    Deputy District Attorney DAVID FOY present.
                    Attorney CONLFICT PANEL-GINA KERSHAW present.
                    Defendant present in custody.
                    -
                    PROCEEDINGS
                    3RD DAY OF TRIAL.
                    -
                    JUROR #71 WAS EXCUSED FOR CAUSE ON 3-2-06 DUE
                    TO A DEATH IN THE FAMILY.
                    -
                    JUROR #29 WAS EXCUSED TODAY DUE TO A MEDICAL
                    EMERGENCY REGARDING A CHILD.
                    -
                     9:20
                    WITNESS GAIL BROWN PRESENT IN COURT AND ORDERED
                    BACK AT 2:30.
                    -
                     9:32
                    Court convenes COUNSEL PRESENT/DEFENDANTS NOT
                    PRESENT.
                    DEFENDANT'S PRESENCE WAIVED FOR MOTION TO DISMISS
                    COUNT 4.

--------------------------------------------------------------------
CASE NUMBER:      FVI023321                DEFENDANT STATUS: Active
ARREST NBR :                              ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                         Defn :  1 of    2
====================================================================

                    -
                    PEOPLE'S ORAL Motion TO DISMISS COUNT 4 is
                    GRANTED.
                    (ORIGINAL COUNT 4 IS DISMISSED - COUNTS HAVE
                    BEEN RE-NUMBERED)
                    -
                     9:51
                    Court reconvenes; all parties present.
                    SUPPLEMENTAL JURY PANEL PRESENT
                    Jury Panel called in and roll call taken.
                    -
                     9:55
                    Supplemental Panel of Prospective Jurors having
                    been summoned is sworn regarding their
                    qualifications to act as Trial Jurors.
                    -
                    10:23
                    Recess declared; Jurors admonished.
                    -
                    10:47
                    Court reconvenes; all parties present.
                    PROSPECTIVE JURY PANELS PRESENT
                    -
                    10:47
                    Voir Dire continues.
                    -
                    Bench conference ON the record at 11:39.
                    -
                    Resume OPEN COURT 11:40
                    -
                    11:59
                    Recess declared; Jurors admonished.
                    -
                    13:33
                    Court reconvenes; all parties present.
                    PROSPECTIVE JURORS NOT PRESENT
                    -
                    Action came on for DEFENSE BRANSON/WHEELER MOTION.
                    (MOTION BROUGHT BY BOTH DEFENDANTS)
                    -
                    Argument presented by counsel for DEFENSE & THE
                    PEOPLE.
                    -
                    DEFENSE Motion BRANSON/WHEELER is DENIED.
                    -
                    16:04
                    PROSPECTIVE JURORS PRESENT
                    -
                    Bench conference ON the record at 2:07.
                    -
                    Resume OPEN COURT 2:07

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER:      FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                   ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                          Defn :  1 of    2
==================================================================================

```
                 -
                 14:08
                 Voir Dire continues.
                 -
                 14:48
                 Recess declared; Jurors admonished.
                 -
                 14:48
                 Court reconvenes; all parties present.
                 Jurors not present.
                 -
                 14:50
                 Recess declared 2:50
                 -
                 15:11
                 Court reconvenes, all parties present. All
                 prospective jurors are present and in their
                 proper places
                 -
                 Bench conference ON the record at 3:37.
                 -
                 Resume OPEN COURT 3:38
                 -
                 Bench conference ON the record at 3:37.
                 -
                 Resume OPEN COURT 3:38
                 -
                 15:15
                 12 Jurors and 4 alternates are sworn to try the
                 cause. The names of the sworn jurors and
                 alternates are sealed upon the recording of the
                 verdict.
                 and placed in a sealed envelope within the case
                 file FVI023321.
                 (ALTERNATE JURORS SWORN AT 4:28)
                 -
                 16:29
                 Recess declared; Jurors admonished.
                 -
                 Witness RAGINA CHHINN (3-7-07 AT 10AM) ordered to
                 be present without further need of subpoena
                 -
                 Witness GAIL BROWN (3-7-06 AT 3PM) ordered to be
                 present without further need of subpoena
                 -
                 16:33
                 Court reconvenes; all parties present.
                 Jurors not present.
                 -
                 16:41
                 Recess declared 4:41
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CASE NUMBER:     FVI023321                   DEFENDANT STATUS: Active
ARREST NBR :                                 ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                          Defn :  1 of    2
==================================================================================
```

```
                     -
                     HEARINGS
                     Hearing continued to 03/07/2006 at  9:15 in
                     Department V2.
                     Defendant ordered to appear on hearing date.
                     (JURY ORDERED BACK AT 10AM)
                     Defendant ordered to appear on hearing date.
                     -
                     CUSTODY STATUS
                     Case Custody - In Custody
                     ============ MINUTE ORDER END ===============
                     -------------------------
3/02/06              file in v2
                     -------------------------
3/01/06 V2           JURY TRIAL (IN PROGRESS)                    Dispo
                     JUDGE JOHN M TOMBERLIN
                     Clerk Linda Alfaro
                     Reporter Frances Macias
                     Deputy District Attorney DAVID FOY present.
                     Attorney CONLFICT PANEL-GINA KERSHAW present.
                     Defendant present in custody.
                     -
                     PROCEEDINGS
                     2nd DAY OF TRIAL.
                     -
                     People's Exhibit(s) #1-pellet gun in box is
                     marked for identification.
                     People's Exhibit(s) #2-evidence envelope
                     #0517004090 is marked for identification.
                     People's Exhibit(s) #3-evidence envelope
                     #0517003521 is marked for identification.
                     People's Exhibit(s) #4-evidence envelope
                     #0517004091 marked for identification.
                     People's Exhibit(s) #5-evidence envelope
                     #0517002998 is marked for identification.
                     People's Exhibit(s) #6-evidence envelope
                     #0517002999 is marked for identification.
                     People's Exhibit(s) #7-evidence envelope
                     #0517002994 is marked for identification.
                     People's Exhibit(s) #8-evidence envelope
                     #0517003138 is marked for identification.
                     People's Exhibit(s) #9-evidence envelope
                     #0517002997 is marked for identification.
                     People's Exhibit(s) #10-evidence envelope
                     #0517003000 is marked for identification.
                     (see exhibit list for individual items in each
                     evidence envelope)
                     -
                     Court convenes at 9:09.Outside presence of
                     prospective jurors.
                     -
```

OTSCASERT          SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
  7/14/08                        -CASE PRINT                          Page:      30

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CASE NUMBER:      FVI023321                  DEFENDANT STATUS: Active
ARREST NBR :                                 ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                         Defn :  1 of    2
=================================================================================
                    402 hearing held
                    People's Witness Deptuty Fernando Hernandez at
                    9:12 is sworn and testifies.
                    Witness Deputy Fernando Hernandez at 9:52 is
                    excused.
                    Argument presented by counsel for all sides.
                    Motions in limine 3 and 4 are granted
                    Motions in limine 5 are granted by stipulation
                    402 hearing concluded at 10:38
                    Recess declared at 10:38
                    -
                    Court reconvenes at 11:07
                    Jury panel now present, roll call taken at 11:07.
                    Prospective Jury Panel having been summoned, is
                    sworn regarding their qualifications to act as
                    Trial Jurors.
                    Voir Dire conducted by Court and Counsel.
                    Recess declared at 12:00. Prospective jurors
                    admonished
                    -
                    Court reconvenes at 1:35.Outside presence of
                    prospective jurors
                    Recess declared at 1:35
                    -
                    Court reconvenes at 1:39.All parties present
                    Voir Dire continues.
                    Recess declared at 2:43.Prospective jurors
                    admonished.
                    -
                    Court reconvenes at 3:02
                    Voir Dire continues.
                    -
                    Supplmental panel is ordered for 9am on 3/6/06
                    This panel is ordered to return at 10am on 3/6/06
                    Recess declared 4:23. Prospective jurors
                    admonished
                    -
                    Court reconvenes at 4:24.Outside presence of
                    prospective jurors
                    Recess declared at 4:34
                    -
                    HEARINGS
                    Hearing continued to 03/06/2006 at  9:00 in
                    Department V2.
                    Defendant ordered to appear on hearing date.
                    -
                    CUSTODY STATUS
                    Case Custody - In Custody
                    ============= MINUTE ORDER END ================
                    - - - - - - - - - - - - - - - - - - - - - - - -
 2/28/06           WITNESS LIST FILED BY PEOPLE

OTSCASERT    SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
7/14/08                          CASE PRINT                              Page:    31

--------------------------------------------------------------------------------
CASE NUMBER:    FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                 ARREST DATE ....:  8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                         Defn :  1 of    2
================================================================================

                        ------------------------
                        MOTN IN LIMINE FILED BY ATTY KERSHAW
                        ------------------------
                        WITNESS LIST FILED BY ATTY KERSHAW
                        ------------------------
          V2            RECALL CALENDAR                          Dispo
                        JUDGE JOHN M TOMBERLIN
                        Clerk Vickie Lovasco
                        Reporter FRANCES MACIAS
                        Deputy District Attorney DAVID FOY present.
                        Attorney CONLFICT PANEL-GINA KERSHAW present.
                        Defendant present in custody.
                        -
                        PROCEEDINGS
                        1ST DAY OF TRIAL.
                        -
                        13:42
                        Court convenes ALL PARTIES PRESENT.
                        -
                        Motion(s) in Limine held.
                        -
                        PEOPLE'S Motion IN LIMINE #1 is GRANTED.
                        -
                        PEOPLE'S Motion IN LIMINE #2 is GRANTED.
                        MOTION IN LIMINE #2 IS GRANTED
                        TO THE EXTENT THAT AN IN COURT IDENTIFICATION
                        IS NOT MADE - IF IN COURT IDENTIFICATION IS MADE
                        IN FRONT OF THE JURY THIS MOTION WILL BE
                        RE-VISITED.
                        -
                        PEOPLE'S MOTION IN LIMINE 3 - RULING PENDING
                        PEOPLE'S MOTION IN LIMINE 4 - RULING PENDING
                        PEOPLE'S MOTION IN LIMINE 5 - RULING PENDING
                        -
                        Witness LT ANDREA WILKERSON (PRESENT IN COURT)
                        ordered to be present without further need of
                        subpoena
                        ORDERED TO RETURN ON 3-8-06 AT 9AM
                        -
                        DEFENSE (ATTY KERSHAW) Motion TO BIFURCATE PRIORS
                        is GRANTED.
                        PARTIES ARE NOT TO MENTION PRIORS
                        -
                        Motion to exclude witnesses, GRANTED. People
                        designate DETECTIVE MESSERSMITH as investigating
                        officer and is exempt from the exclusion.
                        -
                        1ST Amended Information filed.
                        Defendant pleads NOT GUILTY to all Counts.
                        Defendant denies all priors.
                        -

OTSCASPRT        SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
  7/14/08                        CASE PRINT                          Page:    32

----------------------------------------------------------------------
CASE NUMBER:    FVI023321                DEFENDANT STATUS: Active
ARREST NBR :                             ARREST DATE ....: 8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                         Defn :  1 of    2
======================================================================
                    JURY PANEL ORDERED FOR 3-1-06 AT 9AM
                    -
                    HEARINGS
                    JURY TRIAL (IN PROGRESS) continued to 03/01/2006
                    at   8:30 in Department V2.
                    Defendant ordered to appear on hearing date.
                    -
                    Recess declared 1523
                    -
                    CUSTODY STATUS
                    Case Custody - In Custody
                    ============= MINUTE ORDER END ================
                    --------------------------
  2/27/06 V2        JURY TRIAL                                    Vacate
          V2        No Minutes
                    --------------------------
          V2        EX PARTE HEARING: RE BENCH WARRANT AS TO WITNESS   Dispo
                    JUDGE JOHN M TOMBERLIN
                    Clerk Vickie Lovasco
                    Reporter NOT REPORTED
                    Deputy District Attorney DAVID FOY present.
                    -
                    PROCEEDINGS
                    PEOPLE'S Motion TO ISSUE BW ON WITNESS GAIL BROWN
                    is GRANTED.
                    COPY OF SUBPOENA PROVIDED TO THE COURT.
                    -
                    BENCH WARRANT ORDERED IN THE AMOUNT OF
                    $10000.
                    -
                    ---------------SUBSEQUENTLY--------------------
                    JUDGE JOHN M TOMBERLIN
                    Clerk Vickie Lovasco
                    Reporter NOT REPORTED
                    Deputy District Attorney DAVID FOY present.
                    -
                    PROCEEDINGS
                    PEOPLE'S Motion TO WITHDRAW REQUEST FOR BENCH
                    WARRANT is GRANTED.
                    -
                    DDA DAVID FOY REPRESENTS THAT WITNESS GAIL BROWN
                    WAS PRESENT AS ORDERED.
                    -
                    CUSTODY STATUS
                    Case Custody - In Custody
                    ============= MINUTE ORDER END ================
                    --------------------------
  2/24/06 V2        READINESS CALENDAR                            Dispo
                    JUDGE JOHN M TOMBERLIN
                    Clerk Vickie Lovasco
                    Reporter FRANCES MACIAS

OTSCASPRT         SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
  7/14/08                          CASE PRINT                              Page:     33

---------------------------------------------------------------

CASE NUMBER:     FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                  ARREST DATE ....:   8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                            Defn :   1 of    2
=================================================================

                  Deputy District Attorney DAVID FOY present.
                  Attorney CONLFICT PANEL-GINA KERSHAW present.
                  Defendant present in custody.
                  -
                  HEARINGS
                  Case recalled on 02/28/2006 at  8:30 in
                  Department V2.
                  Defendant ordered to appear on hearing date.
                  -
                  Estimated time is 10 COURT DAYS.
                  -
                  TIME WAIVERS
                  DEFT ARRAIGNED ON INFORMATION 1-31-06
                  -
                  CUSTODY STATUS
                  Case Custody - In Custody
                  ============ MINUTE ORDER END ================
                  --------------------------
  2/10/06 V2     PRE-TRIAL                                      Dispo
                  JUDGE JOHN M TOMBERLIN
                  Clerk Vickie Lovasco
                  Reporter FRANCES MAICAS
                  Deputy District Attorney DAVID FOY present.
                  Attorney CONLFICT PANEL-GINA KERSHAW BY KERRI
                  GAHNAL present.
                  Defendant present in custody.
                  -
                  PROCEEDINGS
                  STIPULATED Motion TO CONFIRM TRIAL DATES is
                  GRANTED.
                  -
                  Trial date confirmed.
                  -
                  (READINESS CALENDAR 2-24-06 JURY TRIAL 2-27-06)
                  -
                  TIME WAIVERS
                  ARRAIGNED ON INFORMATION 1-31-06
                  -
                  CUSTODY STATUS
                  Case Custody - In Custody
                  ============ MINUTE ORDER END ================
                  --------------------------
  1/31/06 V2     ARRAIGNMENT ON INFORMATION                    Dispo
                  JUDGE JOHN M TOMBERLIN
                  Clerk Vickie Lovasco
                  Reporter GLENORA MELENDEZ
                  Deputy District Attorney CARA HUTSON present.
                  Attorney CONLFICT PANEL-GINA KERSHAW present.
                  Defendant present in custody.
                  -
                  PROCEEDINGS

--------------------------------------------------------------------

CASE NUMBER:·    FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                  ARREST DATE ·....: 8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                         Defn :  1 of    2
======================================================================

           Attorney for Defendant waives formal arraignment
           and advisal of Constitutional and Statutory
           Rights.
           -
           PLEA INFORMATION
           Defendant pleads NOT GUILTY to all Counts.
           Defendant denies special allegations.
           -
           HEARINGS
           Jury Trial set for 02/27/2006 at  9:00 in
           Department V2; Estimated 0 days.
           Readiness Calendar set for 02/24/2006 at  8:29 in
           Department V2.
           Pretrial set for 02/10/2006 at  8:35 in
           Department V2.
           Defendant ordered to appear on hearing date.·
           -
           Fingerprint Form Filed.
           -
           CUSTODY STATUS
           Case Custody - In Custody
           Bail remains as set.
           ============= MINUTE ORDER END ================
           --------------------------
1/24/06    order authorizing investigator
           --------------------------
1/19/06    Information Filed
           --------------------------
1/17/06 V5 ARRAIGNMENT                                    Dispo
           JUDGE ERIC M NAKATA
           Clerk Loretta Wren
           Reporter GLENORA MELENDEZ
           Deputy District Attorney DAVID FOY present.
           Attorney CONFLICT PANEL-GINA KERSHAW present.
           Defendant present in custody.
           -
           ATTORNEY INFORMATION
           Court appoints Conflict Panel Attorney.
           -.
           PROCEEDINGS
           THIS CASE IS A REFILING OF FVI022315
           Defendant waives formal arraignment.
           Defendant pleads NOT GUILTY to all Counts.
           Defendant denies special allegations.
           Defendant denies prior/strike.
           Bail set at $500000.00.
           COMPLAINT AMENDED BY INTERLINEATION CORRECTING
           VICTIM'S NAME IN COUNT 4.
           -
           Court finds that the Defendant freely,
           voluntarily, intelligently, knowingly and

OTSCASPRT          SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
  7/14/08                          CASE PRINT                              Page:    35

--------------------------------------------------------------------
CASE NUMBER:      FVI023321                    DEFENDANT STATUS: Active
ARREST NBR :                                   ARREST DATE ....: 8/03/05
ARREST AGY : CITY OF VICTORVILLE/VI
Defendant .: BOOKER, ANDRE LEDON                        Defn :  1 of    2
====================================================================
                 expressly waives the right to Preliminary
                 Hearing.
                 On Motion of DA, Court orders Defendant HELD TO
                 ANSWER in Superior Court to all
                 counts/allegations and/or priors.
                 -
                 HEARINGS
                 Arraignment on Information set for 01/31/2006 at
                 8:30 in Department V2.
                 Defendant ordered to appear on hearing date.
                 -
                 CUSTODY STATUS
                 Case Custody - In Custody
                 Commitment Issued (Pending)
                 ============= MINUTE ORDER END ================
                 --------------------------
                 FVI023318 has been changed to FVI023321.
                 --------------------------
                 Jurisdiction set to VS by OTS310.
                 --------------------------
                 Complaint Filed by DHOWA

**** No Local DMV data available for this case ****
                 **** END OF CASE PRINT ****

Andre Booker P30500
P.O. Box 290066
Represa, Ca 95671

Exhibit XXXXVII

7/21/08

Re: fv1023321

Attention Joy Colly,
    The documents I'am Requesting are of the
discovery material. Produced in the investiga-
tion Conducted by the San Bernadino Sheriffs
and the detectives department of Victorville.
Along with those documents developed by de-
fense investigator Steve Stremel. Thank you.

Respectfully
Andre Booker
Andre Booker

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, _Andre L. Booker_, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action.  My address is:

_Andre Booker #30521_
_CSP-Sac, P.O. Box 290066_
_Represa, Ca 95671_

On, _____, I served the following documents:

_Civil Rights Complaint 1983, under_
_42 U.S.C_

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. _Clerk of U.S._
_District Court_
_Room 4290_
_880 Front Street_
_San Diego, Ca_
_92101 - 8900_

2. _Gina Lynn Kershaw_
_P.O. Box 662_
_Weightwood, Ca_
_92397_

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _18_ day of _August_, _2008_, at California State Prison - Sacramento, Represa, California.

(Signature) _Andre Booker_

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974 is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

**Andre Ledon Booker**

Gina Lynn Kershaw

FILING FEE PAID    Yes    No

IFP MOTION FILED    Yes    No

COPIES SENT TO

**FILED**

AUG 22 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        KV        DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED   Sacramento**
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Andre Ledon Booker
PO Box 290066
Sacramento, CA 95671
F-30521**

ATTORNEYS (IF KNOWN)

**'08 CV 1565 W WMc**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)     FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | ☐ Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding    ☐ 2 Removal from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE

Docket Number

DATE    8/22/2008

SIGNATURE OF ATTORNEY OF RECORD

CR