Andre Ledon Booker F30521
(Petitioner)

Gina Lynn Kershaw
(Respondent(s))

DECLARATION IN SUPPORT OF REQUEST
2254  1983  TO PROCEED
FILING FEE PAID  IN FORMA PAUPERIS
Yes___ No___

IFP MOTION FILED
Yes ✓  No

COPIES SENT TO
Court ✓  Pro Se

FILED
AUG 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

'08 CV 1565 W WMc

I, Andre Ledon Booker, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

Are you presently employed?    Yes ____    No  X

a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

_____

b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

5/20/05    1,400 monthly

Have you received, within the past twelve months, any money from any of the following sources?

a. Business, profession or form of self-employment?   Yes___   No X
b. Rent payments, interest or dividends?              Yes___   No X
c. Pensions, annuities or life insurance payments?   Yes___   No X
d. Gifts or inheritances?                             Yes___   No X
e. Any other sources?                                 Yes___   No X

If the answer to any of the above is yes, describe each source of money and state the amount received from each during past twelve months.

_____

3. Do you own any cash, or do you have money in a checking or savings account? Yes___  No X
(Include any funds in prison accounts)

If the answer is yes, state the total value of the items owned. _____

_____


CR

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ____   No __X__

If the answer is yes, describe the property and state its approximate value _____

_____

_____

List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

_____

_____

declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

xecuted on __July 31, 2008__
              (Date)

_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __13.07—__ on account to his credit at t __CSP-SACRAMENTO__ institution where he is confined. I furth certify that Petitioner likewise has the following securities to his credit according to the records said Institutic

_____

_____

DATED __8/6/08__

_____
Authorized Officer of Institution

__Sr. Account Clk__
Title of Officer

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

STATE CUSTODY

```
REPORT ID: TS3030  .701                                                  REPORT DATE: 08/06/08
                                                                              PAGE NO:       1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CALIF STATE PRISON SACRAMENTO
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 06, 2008

ACCOUNT NUMBER   : F30521                    BED/CELL NUMBER: FC3   2 00000023L
ACCOUNT NAME     : BOOKER, ANDRE LEDON              ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                            TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          CURRENT HOLDS IN EFFECT

  DATE      HOLD
  PLACED    CODE     DESCRIPTION            COMMENT          HOLD AMOUNT
  ------    ----   ---------------        -------------      -----------
07/08/2008  H118   LEGAL COPIES HOLD      800086 SUP               1.20
07/08/2008  H118   LEGAL COPIES HOLD      800086 SUP               1.20
07/08/2008  H118   LEGAL COPIES HOLD      800086 SUP               1.20
07/08/2008  H118   LEGAL COPIES HOLD      800086 SUP               1.20
07/08/2008  H118   LEGAL COPIES HOLD      800086 SUP               1.20
07/08/2008  H118   LEGAL COPIES HOLD      800086 SUP               1.50
07/16/2008  H118   LEGAL COPIES HOLD      800180 SUP               1.20
07/16/2008  H118   LEGAL COPIES HOLD      800180 SUP               1.20
07/18/2008  H109   LEGAL POSTAGE HOLD     800220 LEG               1.17
08/01/2008  H118   LEGAL COPIES HOLD      800362COPY               0.90
08/01/2008  H118   LEGAL COPIES HOLD      800362COPY               0.60
08/01/2008  H118   LEGAL COPIES HOLD      800362COPY               0.50

                            TRUST ACCOUNT SUMMARY

BEGINNING        TOTAL         TOTAL         CURRENT      HOLDS      TRANSACTIONS
 BALANCE        DEPOSITS    WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
---------      ---------    -----------    ---------    ---------    ------------
    0.00           0.00          0.00          0.00       13.07             0.00

                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                      ---------
                                                         13.07-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] TRUST OFFICE