

cacd_ecfmail@cacd.uscourts.gov

09/03/2008 10:05 AM

To  InterdistrictTransfer_CASD@casd.uscourts.gov

cc

bcc

Subject  Transferred case has been opened

CASE: 3:08-cv-01565

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
CALIFORNIA
as case 5:08-cv-01182, filed 09/02/2008.